MARC S. HINES (SBN 140065)
mhines@hinessmith.com
MICHELLE L. CARDER (SBN 174481)
mcarder@hinessmith.com
NICOLE M. HAMPTON (SBN 189024)
nhampton@hinessmith.com
**HINES CARDER LLP**
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DONALD ANDERSON, ALFRED BAILEY, JO LYNNE BAILEY, EVERETTE BAIR, MARY BAIR, ALBERT BENT, EVELYN BENT, BETTY BRADLEY, DAVID DUNCAN, PHYLLIS DUNCAN, DENNIS EBANKS, MAMMIE EBANKS, GERALD ELLINGSON, DARLENE ELLINGSON, VERN FAVRAT, PAULA FAVRAT, SANDRA FRANCO MARSH, PETER FRANZEN, SANDRA FRANZEN, PAUL GENTRY, PATRICIA GENTRY, JEFF GOODALL, ANNA GOODALL, GWEN GORDAN, THOMAS GRAF, MICHELLE GRAF, PATRICIA HARRIS, EDWIN HEENEY, MARY HEENEY, WARD HOLLOWELL, GLORIA HOLLOWELL, GRACIAN HULSEY, MARY HULSEY, LARRY KRATZER, KRIS KRATZER, JAMES MARION, MARY ANN MARION, PETER MORRIS, MARYLOU MORRIS, BARBARA RAYMOS, DAVID SHEETS, BETTYE SHEETS, JAMES SUMNER, JOYCE SUMNER, PHYLLIS WEBER,<br><br>        Plaintiffs<br>vs. | CASE NO.<br><br>[Lower Court Case No. CV12-432 Yolo County Superior Court]<br><br>**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**[28 U.S.C. §1441(b)]**<br>**[DIVERSITY]** |

1
NOTICE OF REMOVAL

CENTURY SURETY COMPANY, an Ohio Corporation; NATIONWIDE MUTUAL INSURANCE COMPANY, an Iowa Corporation,

     Defendants.

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE STATE OF CALIFORNIA, EASTERN DISTRICT:**

  Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY ("Nationwide"), an Ohio insurance company notices the removal of this action to the United States District Court, for the Eastern District of California, Sacramento Division, pursuant to 28 U.S.C. §§1332, 1441 and 1446, and in support thereof, Defendant, by and through its undersigned attorneys of record, state as follows:

  1. On or about February 27, 2012, an action was commenced in the Superior Court for the State of California, County of Yolo, entitled *Donald Anderson, et al. v. Century Surety Company, et al.*, as case number CV12-432. A copy of the Summons and Complaint served on Defendant is attached hereto as Exhibit "A."

  2. On March 22, 2012, Defendant Nationwide received a copy of the Summons and Complaint, through service on Defendant's agent for service of process, CT Corporation. Defendant Century Surety Company ("Century") received a copy of the Summons and Complaint on March 28, 2012, via electronic mail.

  3. Pursuant to California Insurance Code Section 11580(b)(2), Plaintiffs, as judgment creditors, seek to enforce against Nationwide and Century a Stipulated Judgment they obtained against Nationwide's and Century's insured Grant Park Development, Inc. in relation to an underlying claim of construction defect filed by Plaintiffs against that insured in the Yolo County Superior Court,

as consolidated case numbers CV06-2070 and CV07-2197. Plaintiffs' action is solely one to recover on that judgment against the insurers on the policies of insurance they issued to Grant Park Development, Inc.

4. On April 17, 2012, Defendant Nationwide filed an Answer to the Plaintiffs' Complaint, including a general denial and applicable affirmative defenses. A copy of Defendant Nationwide's Answer is attached hereto as Exhibit "B." On April 10, 2012, Defendant Century filed an Answer to the Plaintiffs' Complaint, including a general denial and applicable affirmative defenses. A copy of Defendant Century's Answer is attached hereto as Exhibit "C".

5. This Notice of Removal is brought pursuant to 28 U.S.C. §§1441 and 1446. Defendants Nationwide and Century are the only parties named in and served with the Complaint in the state court action. Defendant Century joins in this removal and its Notice of Joinder is attached hereto as Exhibit "D".

6. This action is a civil action on which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. The Complaint alleges the amount of the Stipulated Judgment Plaintiffs seek to enforce against Defendants is in the sum of $3,373,843.91. See *Exhibit "A," Complaint*, ¶ 20, 9:21 and Exhibit "D" to the Complaint. Plaintiffs allege they have been damaged by Defendants' alleged failure and refusal to pay that judgment in the collective sum of $3,373,843.91. See, *Exhibit "A", Complaint*, ¶23, 10:5-8. Accordingly, pursuant to Plaintiffs' damages allegations in the Complaint, the jurisdictional threshold of $75,000 in damages has been met.

8. Complete diversity of citizenship exists in that Plaintiffs are individuals residing in and residents of Yolo County, in the State of California and are citizens of the State of California. <u>See,</u> *Exhibit "A", Complaint*, ¶3, 2:20-28.

9. Defendant, Century, is an Ohio Insurance Company, organized and existing under the laws of the State of Ohio and has its principal place of business in the State of Michigan, both when the state court action was filed and at this time. <u>See,</u> *Exhibit "A", Complaint*, ¶1, 2:13-16 and Exhibit D, Defendant Century's *Joinder in Notice of Removal*.

10. Defendant, Nationwide, is a mutual insurance company, organized, and existing under the laws of the State of Ohio. Nationwide's corporate headquarters and principal office is located at One Nationwide Plaza, Columbus, Ohio, both when the state court action was filed and at the present time. <u>See</u> Exhibit E, *Declaration of Kathy Richards, ¶¶2-3*.

11. There are no DOE Defendants alleged in the Complaint.

12. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Superior Court of California, County of Yolo.

Based on the forgoing, Defendant Nationwide removes, and Defendant Century joins in the removal of, the above action now pending in the Superior Court for the State of California, in and for the County of Yolo, Case No. CV12-432, to the United States District Court for the Eastern District of California, Sacramento Division.

Dated:  April 20, 2012            HINES CARDER, LLP

By:  *Marc S. Hines*
Marc S. Hines
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE CO.