# EXHIBIT "A"

**CT Corporation**

**Service of Process Transmittal**
03/22/2012
CT Log Number 520193870

**TO:** Carrie Troesch
Nationwide Mutual Insurance Company
One Nationwide Plaza, 1-30-401
Columbus, OH 43215-2220

**RE:** **Process Served in California**

**FOR:** Nationwide Mutual Insurance Company (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Donald Anderson, et al., Pltfs. vs. Century Surety Company, etc. and Nationwide Mutual Insurance Company, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Instructions, Complaint, Exhibit(s), Case Management Conference, Case Management Statement, ADR Information Sheet |
| **COURT/AGENCY:** | Yolo County - Superior Court - Woodland, CA Case # CV12432 |
| **NATURE OF ACTION:** | Insurance Litigation - Failure to pay judgment - Seeking $3,373,843.91 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/22/2012 at 14:25 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - File written response // 7/5/12 at 1:30 p.m. - Case Management Conference // At least 15 days prior to the Case Management Conference - File Case Management Statement |
| **ATTORNEY(S) / SENDER(S):** | Glen A. Van Dyke Van Dyke Law Group 12277 Soaring Way Suite 206 Truckee, CA 96161 530 587 2130 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/23/2012, Expected Purge Date: 03/28/2012 Telephone, Carrie Troesch , 614-249-2935 Image SOP |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*3·28·12*

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Century Surety Company, an Ohio corporation and Nationwide Mutual
Insurance Company, an Iowa corporation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Donald Anderson; Alfred Bailey; Jo Lynne Bailey; Everett Bair; Mary Bair;
Albert Bent; Evelyn Bent; Betty Bradley; David Duncan; Phyllis Duncan;

Additional Parties Attachment form is attached.

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |
| F I L E D |
| YOLO SUPERIOR COURT |
| FEB 27 2012 |
| BY **V. PEREZ** |
| DEPUTY |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> SUPERIOR COURT OF CALIFORNIA, COUNTY OF YOLO-Civil <br> 725 Court Street, Woodland, CA 95695 | CASE NUMBER <br> *(Número del Caso)* <br> CV12-432 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Glen A. Van Dyke   (Bar #183796)                                    Fax No.:(530) 587-2829
Van Dyke Law Group, A Professional Corporation, 12277 Soaring Way, Suite 206, Truckee, CA 96161   Phone No.:(530) 587-2130

DATE: **FEB 27 2012**       **JAMES B. PERRY**, Clerk, by       **V. PEREZ**       , Deputy
*(Fecha)*                                  *(Secretario)*                                  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐  as an individual defendant.
2. ☐  as the person sued under the fictitious name of *(specify):*

3. ☒  on behalf of *(specify):* **Nationwide Mutual Insurance Company, an Iowa corporation**

   under: ☒  CCP 416.10 (corporation)           ☐  CCP 416.60 (minor)
   ☐  CCP 416.20 (defunct corporation)         ☐  CCP 416.70 (conservatee)
   ☐  CCP 416.40 (association or partnership)   ☐  CCP 416.90 (authorized person)
   ☐  other *(specify):*
4. ☐  by personal delivery on *(date):*

[SEAL]

Page 1 of 1

SUM-200(A)

| SHORT TITLE: Anderson v Century Surety, et al. | CASE NUMBER |
| --- | --- |

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties (Check only one box. Use a separate page for each type of party.):

[X] Plaintiff    [ ] Defendant    [ ] Cross-Complainant    [ ] Cross-Defendant

Dennis Ebanks; Mammie Ebanks; Gerald Ellingson; Darlene Ellingson; Vern Favrat; Paula Favrat; Sandra Franco Marsh; Peter Franzen; Sandra Franzen; Paul Gentry; Patricia Gentry; Jeff Goodall; Anna Goodall; Gwen Gordon; Thomas Graf; Michelle Graf; Patricia Harris; Edwin Heeney; Mary Heeney; Ward Hollowell; Gloria Hollowell; Gracian Hulsey; Mary Hulsey; Larry Kratzer; Kris Kratzer; James Marion; Mary Ann Marion; Peter Morris; Marylou Morris; Barbara Raymos; David Sheets; Bettye Sheets; James Sumner; Joyce Sumner; and Phyllis Weber

Page  2  of  2
Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev January 1 2007]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

*LexisNexis® Automated California Judicial Council Forms*

GLEN A. VAN DYKE, ESQ., SBN: 183796
**VAN DYKE LAW GROUP**
A Professional Corporation
12277 Soaring Way, Suite 206
Truckee, California 96161
Telephone: (530) 587-2130
Fax      : (530) 587-2829

Attorneys for Plaintiffs

```
                                            F I L E D
                                   YOLO SUPERIOR COURT

                                        FEB 2 7 2012

                                   BY_____ V. PEREZ
                                              DEPUTY
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF YOLO

DONALD ANDERSON, ALFRED
BAILEY, JO LYNNE BAILEY, EVERETT
BAIR, MARY BAIR, ALBERT BENT,
EVELYN BENT, BETTY BRADLEY,
DAVID DUNCAN, PHYLLIS DUNCAN,
DENNIS EBANKS, MAMMIE EBANKS,
GERALD ELLINGSON, DARLENE
ELLINGSON, VERN FAVRAT, PAULA
FAVRAT, SANDRA FRANCO MARSH,
PETER FRANZEN, SANDRA FRANZEN,
PAUL GENTRY, PATRICIA GENTRY,
JEFF GOODALL, ANNA GOODALL,
GWEN GORDON, THOMAS GRAF,
MICHELLE GRAF, PATRICIA HARRIS,
EDWIN HEENEY, MARY HEENEY,
WARD HOLLOWELL, GLORIA
HOLLOWELL, GRACIAN HULSEY,
MARY HULSEY, LARRY KRATZER,
KRIS KRATZER, JAMES MARION,
MARY ANN MARION, PETER MORRIS,
MARYLOU MORRIS, BARBARA
RAYMOS, DAVID SHEETS, BETTYE
SHEETS, JAMES SUMNER, JOYCE
SUMNER, PHYLLIS WEBER,

                    Plaintiffs,

vs.

CENTURY SURETY COMPANY, an Ohio
Corporation, NATIONWIDE MUTUAL
INSURANCE COMPANY, an Iowa
Corporation,

                  Defendants.

CASE NO. CV12-432

---

Complaint for Damages           -1-           Anderson v. Century

COME NOW PLAINTIFFS DONALD ANDERSON, ALFRED BAILEY, JO LYNNE BAILEY, EVERETT BAIR, MARY BAIR, ALBERT BENT, EVELYN BENT, BETTY BRADLEY, DAVID DUNCAN, PHYLLIS DUNCAN, DENNIS EBANKS, MAMMIE EBANKS, GERALD ELLINGSON, DARLENE ELLINGSON, VERN FAVRAT, PAULA FAVRAT, SANDRA FRANCO MARSH, PETER FRANZEN, SANDRA FRANZEN, PAUL GENTRY, PATRICIA GENTRY, JEFF GOODALL, ANNA GOODALL, GWEN GORDON, THOMAS GRAF, MICHELLE GRAF, PATRICIA HARRIS, EDWIN HEENEY, MARY HEENEY, WARD HOLLOWELL, GLORIA HOLLOWELL, GRACIAN HULSEY, MARY HULSEY, LARRY KRATZER, KRIS KRATZER, JAMES MARION, MARY ANN MARION, PETER MORRIS, MARYLOU MORRIS, BARBARA RAYMOS, DAVID SHEETS, BETTYE SHEETS, JAMES SUMNER, JOYCE SUMNER, PHYLLIS WEBER, and allege and complain as follows:

1.    Defendant Century Surety Company is and at all times relevant herein was an insurance company admitted to write insurance in California, and on information and belief is an Ohio corporation with its principal place of business in Westerville, Ohio, and is authorized to conduct business in California as a liability insurer.

2.    Defendant Nationwide Mutual Insurance Company is and at all times relevant herein was a corporation transacting insurance business in the State of California as a liability insurer.

3.    Plaintiffs Donald Anderson, Alfred Bailey, Jo Lynne Bailey, Everett Bair, Mary Bair, Albert Bent, Evelyn Bent, Betty Bradley, David Duncan, Phyllis Duncan, Dennis Ebanks, Mammie Ebanks, Gerald Ellingson, Darlene Ellingson, Vern Favrat, Paula Favrat, Sandra Franco Marsh, Peter Franzen, Sandra Franzen, Paul Gentry, Patricia Gentry, Jeff Goodall, Anna Goodall, Gwen Gordon, Thomas Graf, Michelle Graf, Patricia Harris, Edwin Heeney, Mary Heeney, Ward Hollowell, Gloria Hollowell, Gracian Hulsey, Mary Hulsey, Larry Kratzer, Kris Kratzer, James Marion, Mary Ann Marion, Peter Morris, Marylou Morris, Barbara Raymos, David Sheets, Bettye Sheets, James Sumner, Joyce Sumner, Phyllis Weber, are all California residents, residing in the County of Yolo, who hold the rights of insured Grant Park Development, Inc., a

1 | California corporation, pursuant to a written assignment agreement and pursuant to Insurance

2 | Code section 11580(b)(2).

3 |     4.    Insured Grant Park Development, Inc., is a California corporation with its

4 | principal place of business in Dunnigan in Yolo County, California.

5 |     5.    From approximately August 9, 1998, through and including August 9, 2010, in

6 | consideration for the payment of premiums which were duly paid, the total amount thereof

7 | having been accepted by defendant Nationwide Mutual Insurance Company, defendant

8 | Nationwide Mutual Insurance Company executed and delivered to Grant Park Development, Inc.

9 | (variously known by the names Grant Park Homes, Grant Park Development, Grant Park

10 | Construction, Country Fair Estates, and Grant Park Development, Inc., dba Country Fair Estates)

11 | hereinafter called "the insured" in Paso Robles, California, a commercial general liability policy

12 | bearing policy number ACP GLO 78 3 0078553, renewed annually, hereinafter called "the

13 | Nationwide policy." Pursuant to the terms of the policy, defendant Nationwide Mutual Insurance

14 | Company undertook and agreed to defend and indemnify the insured from and against any and all

15 | claims of property damage. "Property damage" is defined in the Nationwide policy as:

16 |     "Property damage means:

17 |         a.  Physical injury to tangible property, including all resulting loss of use of that

18 |         property. All such loss of use shall be deemed to occur at the time of the physical

19 |         injury that caused it; or

20 |         b.  Loss of use of tangible property that is not physically injured. All such loss of

21 |         use shall be deemed to occur at the time of the 'occurrence' that caused it.'"

22 |     6.    The Nationwide policy became effective in 1998 and remained in effect (through

23 | renewals or otherwise) until August 9, 2010. The insured fulfilled all obligations and complied

24 | with the terms of the Nationwide policy in every respect. A true and correct copy of the

25 | Nationwide policy is attached hereto as Exhibit "A" and made a part hereof.

26 |     7.    Between August 9, 1998, and August 9, 2007, while the Nationwide policy was

27 | still in full force and effect, the insured failed to properly sell and install the mobile homes of

28 | plaintiffs, including but not limited to the following failures:

a.   Drainage systems were improperly designed and/or constructed and/or built out of defective materials;

b.   Basic design components were omitted and/or improperly installed and/or built out of defective materials;

c.   The foundations and foundation systems were improperly designed and/or constructed and/or built out of defective materials;

d.   The homes were improperly installed, causing damage to the homes during the installation process;

e.   Defective concrete materials and/or workmanship caused property damage to plaintiffs' homes;

f.   Improper grading and/or drainage caused damage to plaintiffs' homes;

g.   Defective landscaping materials and/or workmanship caused damage to plaintiffs' homes; and

h.   Improper construction of the decks and brick work caused damage to plaintiffs' homes.

8.   From approximately April 10, 2007, through and including April 10, 2009, in consideration for the payment of premiums which were duly paid, the total amount thereof having been accepted by defendant Century Surety Company, defendant Century Surety Company executed and delivered to Grant Park Development, Inc. (variously known by the names Grant Park Homes, Grant Park Development, Grant Park Construction, Country Fair Estates, Country Fair Mobile Home Estates, and Grant Park Development, Inc., dba Country Fair Estates) hereinafter called "the insured" in Paso Robles, California, a commercial general liability policy bearing policy number CCP473633, renewed as policy number CCP538521, hereinafter called "the Century Surety policy." Pursuant to the terms of the policy, defendant Century Surety Company undertook and agreed to defend and indemnify the insured from and against any and all claims of property damage. "Property damage" is defined in the Century Surety policy as:

"Property damage means:

a.   Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.   Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the 'occurrence' that caused it.

. . . .

For the purposes of this insurance, 'property damage' is not physical injury to tangible property, any resultant loss of use of tangible property, nor loss of use of tangible property that is not physically injured that arises out of failure to complete or abandonment of 'your work'."

9.   The Century Surety policy became effective in 2007 and remained in effect (through renewals or otherwise) until April 10, 2009. The insured fulfilled all obligations and complied with the terms of the Century Surety policy in every respect. A true and correct copy of the Century Surety policy is attached hereto as Exhibit "B" and made a part hereof.

10.   Between April 10, 2007, and April 10, 2009, while the Century Surety policy was still in full force and effect, the insured failed to properly sell and install the mobile homes of plaintiffs, including but not limited to the following failures:

a.   Drainage systems were improperly designed and/or constructed and/or built out of defective materials;

b.   Basic design components were omitted and/or improperly installed and/or built out of defective materials;

c.   The foundations and foundation systems were improperly designed and/or constructed and/or built out of defective materials;

d.   The homes were improperly installed, causing damage to the homes during the installation process;

e.   Defective concrete materials and/or workmanship caused property damage to plaintiffs' homes;

f.   Improper grading and/or drainage caused damage to plaintiffs' homes;

g.    Defective landscaping materials and/or workmanship caused damage to plaintiffs' homes; and

h.    Improper construction of the decks and brick work caused damage to plaintiffs' homes.

11.    The plaintiffs complained about the damage set forth in the preceding paragraph to the insured, who was thereby given due and proper notice.

12.    On or about November 27, 2006, plaintiffs Donald Anderson, Alfred Bailey, Jo Lynne Bailey, Betty Bradley, Dennis Ebanks, Mammie Ebanks, Vern Favrat, Paula Favrat, Sandra Marsh (aka Sandra Franco), Paul Gentry, Patricia Gentry, Jeff Goodall, Anna Goodall, Gwen Gordon, Ward Hollowell, Gloria Hollowell, Gracian Hulsey, Mary Hulsey, Larry Kratzer, Kris Kratzer, James Marion, Mary Ann Marion, Peter Morris, Barbara Raymos, David Sheets, Bettye Sheets, James Sumner, Joyce Sumner and Phyllis Weber, commenced and action against the insured, amongst others, in the Superior Court of California in and for the County of Yolo, bearing Case Number CV06-2070. On April 5, 2007, plaintiffs Everett Bair, Mary Bair, Gerald Ellingson, Darlene Ellingson, Robert Harris and Patricia Harris became named plaintiffs via the filing of a First Amended Complaint in Case Number CV06-2070. On October 5, 2007, plaintiffs Albert Bent, Evelyn Bent, Thomas Graf, Michelle Graf, Edwin Heeney, Mary Heeney, Peter Franzen and Sandra Franzen commenced an action against the insured, amongst others, in the Superior Court of California in and for the County of Yolo, bearing Case Number CV07-2197. These two cases were consolidated by court order entered on May 27, 2008, with the lead case being designated as the *Anderson v. Grant Park* case, Yolo County Superior Court Case No. CV06-2070, hereinafter the consolidated cases are referred to as "the underlying action." Plaintiffs David Duncan, Phyllis Duncan and Marylou Morris were also, at some point prior to the entry of Judgment, named via amendment as plaintiffs in the underlying action.

13.    A true and accurate copy of the complaints and amended complaints in the underlying action is attached hereto as Exhibit "C" and made a part hereof.

14.    Despite timely knowledge and tender from the insured, and despite the insured's full and complete compliance with all of the terms of the Century Surety policy, defendant

1    Century Surety Company wrongfully refused to defend the insured in the underlying action.

2           15.     The underlying action was initially defended by defendant Nationwide Mutual

3    Insurance Company, which reserved its rights via written letter dated June 4, 2007. However,

4    effective February 28, 2010, or March 10, 2010 (the exact date is unclear, as both dates are set

5    forth in the same letter) defendant Nationwide Mutual Insurance Company withdrew its defense

6    and thereafter refused to defend the insured, citing an endorsement to the Nationwide policy

7    which defendant Nationwide Mutual Insurance Company claimed precluded coverage for

8    potential liability arising out of contracting and real estate development operations.

9           16.     The endorsement upon which defendant Nationwide Mutual Insurance Company

10   relied to deny coverage reads:

11                     "EXCLUSION - DESIGNATED WORK

12                This endorsement modifies insurance provided under the following:

13                                    SCHEDULE

14                Description of your work:

15                CONTRACTING OPERATIONS & REAL ESTATE DEVELOPMENT

16                OPERATIONS

17                (If no entry appears above, information required to complete this endorsement will

18                be shown in the Declarations applicable to this endorsement.)

19                This insurance does not apply to "bodily injury" or "property damage" included in

20                the "products - completed operations hazard" and arising out of "your work"

21                shown in the Schedule."

22          17.     Nowhere in the Nationwide policy are the terms "contracting operations" or "real

23   estate development operations" defined. Much more specifically, neither term could possibly be

24   reasonably interpreted to include the sale or installation of mobile homes. The installation of a

25   mobile home is not equivalent to development of real estate or construction of permanent

26   improvements to real property for either residential or commercial purposes. Mobile homes are,

27   by definition, mobile. They are not permanent fixtures to real property. Accordingly, they

28   qualify as consumer goods or personal property, not real property. (See *National R.V., Inc. v.*

1 │ *Foreman* (1995) 34 Cal.App.4th 1072.)  Therefore, the faulty installation of mobile homes is

2 │ neither a "contracting operation" nor a "real estate development operation" under any

3 │ interpretation.

4 │     18.    Moreover, since the exclusion only applies to property damage included in the

5 │ "products-completed operations hazard" and since at least some, if not all, of the property

6 │ damage which occurred did not fall within the "products-completed operations hazard," the

7 │ exclusion would not bar coverage even if the faulty installation of mobile homes were a

8 │ "contracting operation" or a "real estate development operation."

9 │     19.    In the face of Nationwide Mutual Insurance Company's withdrawal of its defense,

10 │ and Century Surety Company's wrongful refusal to provide a defense, the insured had no choice

11 │ other than to enter into a stipulated Judgment and covenant not to execute.

12 │     20.    Thereafter, on September 30, 2011, and pursuant to a finding that the settlement

13 │ was entered into in good faith pursuant to California Code of Civil Procedure section 877.6,

14 │ Judgment was entered against the insured in the underlying action awarding damages to plaintiffs

15 │ in the amounts set forth below:

| Name of Plaintiff | Judgment Amount |
|---|---|
| Donald Anderson | $ 65,451.89 |
| Alfred and Jo Lynne Bailey | $ 83,010.56 |
| Everett and Mary Bair | $134,631.45 |
| Albert and Evelyn Bent | $ 80,621.81 |
| Betty Bradley | $ 56,963.00 |
| David and Phyllis Duncan | $ 85,051.92 |
| Dennis and Mammie Ebanks | $ 74,452.70 |
| Gerald and Darlene Ellingson | $ 12,500.00 |
| Vern and Paula Favrat | $ 52,197.74 |
| Sandra Marsh (aka Sandra Franco) | $ 91,906.27 |
| Peter and Sandra Franzen | $ 93,288.33 |
| Paul and Patricia Gentry | $ 98,794.74 |

| | |
|---|---|
| Jeff and Anna Goodall | $ 58,964.04 |
| Gwen Gordon | $ 89,866.96 |
| Thomas and Michelle Graf | $ 82,704.12 |
| Patricia Harris | $ 68,039.93 |
| Edwin and Mary Heeney | $109,756.37 |
| Ward and Gloria Hollowell | $ 73,239.85 |
| Gracian and Mary Hulsey | $ 76,915.16 |
| Larry and Kris Kratzer | $ 94,420.68 |
| James and Mary Ann Marion | $ 64,901.79 |
| Marylou Morris | $ 76,653.08 |
| Peter Morris | $ 54,922.28 |
| Barbara Raymos | $ 66,166.46 |
| David and Bettye Sheets | $ 64,753.69 |
| James and Joyce Sumner | $ 78,682.83 |
| Phyllis Weber | $ 79,395.03 |

In addition, each of the plaintiffs, with the exception of the Ellingsons, was awarded a Judgment against the insured for a pro rata portion of $1,305.592.01, or $50,215.07 (pennies rounded down) each, which amount reflected damages for the costs of repairing specified common areas, attorneys' fees, costs, investigative costs, and site flooding and drainage repairs. The total amount of the Judgment is for $3,373,843.91. A true and accurate copy of the Judgment is attached hereto as Exhibit "D" and made a part hereof.

21. Plaintiffs' counsel delivered a conformed copy of the Judgment to defendant Nationwide Mutual Insurance Company and defendant Century Surety Company and demanded that defendant Nationwide Mutual Insurance Company and defendant Century Surety Company pay the Judgment, but defendant Nationwide Mutual Insurance Company and defendant Century Surety Company failed and refused, and continue to fail and refuse, to pay the Judgment or any part of it.

22.   To date, plaintiffs have not been paid either the Judgment in its entirety or any portion of it, by defendant Nationwide Mutual Insurance Company or defendant Century Surety Company or the insured or any other party, and at present there is due and owing the full amount of the Judgment, plus accrued interest.

23.   As a proximate result of defendant Nationwide Mutual Insurance Company's and Century Surety Company's failure and refusal to pay the Judgment, as herein alleged, plaintiffs have been damaged in the collective sum of $3,373,843.91, plus interest accruing thereon since October 1, 2011 at the rate of 10% per annum, and continuing until the date the Judgment is paid.

24.   The Nationwide policy provides in part: "A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance."

25.   The Century Surety policy provides in part: "A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance."

26.   Any interpretation of the exclusion relied upon by defendant Nationwide Mutual Insurance Company which would not provide coverage for the sale and installation of mobile homes by the insured would render the policy illusory as a matter of law. The sale and installation of mobile homes is what the insured, Grant Park Development, did. At all times relevant, defendant Nationwide Mutual Insurance Company was fully aware of what its insured did, and it issued a policy and accepted premiums therefor. If the exclusion applied as broadly as defendant Nationwide Mutual Insurance Company asserted it did in its February 26, 2010, correspondence, then any and all operations by the insured would be uncovered – in other words, there would be no coverage whatsoever for anything under the policy. California courts will not enforce an exclusion which renders a policy a nullity.

27.   Defendant Century Surety Company's refusal to defend and indemnify was wrongful, and under the terms of its policy it owed both a defense and the duty to indemnify the

1    insured for the damages.

2        28     By virtue of the refusal to defend by defendant Century Surety Company and

3    defendant Nationwide Mutual Insurance Company, each is estopped from asserting the "no

4    action" clause in the Nationwide policy and the Century policy against plaintiffs under the rule of

5    law set forth in *Sanchez v. Truck Insurance Exchange* (1994) 21 Cal.App.4th 1778, at page 1787.

6        WHEREFORE, plaintiffs pray for a joint and several Judgment against defendants

7    Century Surety Company and Nationwide Mutual Insurance Company as follows:

8        a.    For the collective sum of $3,373,843.91, with interest thereon at the legal rate

9             (broken down as to each plaintiff as set forth herein);

10       b.    For costs of suit incurred herein;

11       c.    For such other and further relief as the court may deem proper.

12

13   Dated: February 22, 2012                    *Van Dyke Law Group*

14

15                                       By:_____
                                              GLEN A. VAN DYKE,
16                                            Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Damages                    -11-                    Anderson v. Century

EXHIBIT A



**Allied**
Insurance
a member of Nationwide Insurance

### ALLIED COM-PAK SUMMARY
**PRINTED  08/02/2000**

701 5TH AVE
DES MOINES, IA 50391-2000

| | | | | |
|---|---|---|---|---|
| Number: | ACP | 7890078553 | Effective from 08/09/2000 | to 08/09/2001 |
| Named Insured: | GRANT PARK DEVELOPMENT, INC. | | | |
| Mailing Address: | P.O. BOX 61 | | | |
| | PASO ROBLES, CA 93447 | | | |
| Agency Name: | VAN BEURDEN INSURANCE-LOS OSOS | 84  06105  007 | 78 | |
| Agency Address: | LOS OSOS CA 93412-6750 | (805)528-1484 | | |

| Division | Program | Total Premium | Commission |
|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY (NATIONWIDE) | $232.00 | $46.40 |
| B | COMMERCIAL PROPERTY (NATIONWIDE) | $161.00 | $32.20 |
| C | SPECIAL RETAIL AND SERVICE | $2,765.00 | $414.75 |
| D | BUSINESS AUTO | $1,981.00 | $297.15 |

THIS IS NOT A BILL, SEE YOUR BILLING STATEMENT

Estimated Total Premium:  $   5,139.00
Estimated Total Commission:      790.50

This ALLIED Com-Pak is a portfolio of individual policies which combines various
insurance coverages written in the ALLIED Group Companies. It is not a single
policy, but a group of separate contracts of insurance for the various coverages
for which a premium is shown

DIRECT BILL    EBR004        781T      2000215      FILE COPY      ACP    7890078553                78    0004492

PAKSUM (01-97)



**NATIONWIDE MUTUAL INSURANCE COMPANY**

**RENEWAL**

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

Policy Number: ACP  GLO  7890078553

Named Insured:  GRANT PARK DEVELOPMENT, INC.

Address:  **P.O. BOX 61**
**PASO ROBLES**          **CA 93447-0000**

Agent:  **VAN BEURDEN INSURANCE-LOS**                    84-06105
Address: **LOS OSOS CA          93412**

Policy Period:  From **08/09/00**  to **08/09/01**  12:01 A.M. standard time at the address of the named insured as stated herein.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### LIMITS OF INSURANCE

| | |
|---|---:|
| GENERAL AGGREGATE LIMIT (other than products-completed operations) | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT (any one premises) | $ 100,000 |
| MEDICAL EXPENSE LIMIT (any one person) | $ 5,000 |

Retroactive Date (CG0002 only)

The Named Insured is:  **CORPORATION**
Business of the Named Insured is:  **PROPERTY OWNER**
Audit Period:

ENDORSEMENTS ATTACHED TO THIS POLICY
**SEE COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS SCHEDULE**

**TOTAL ADVANCE PREMIUM**     $        232.00

Replacement or
Renewal Number   ACP  GLO  7880078553
**A PACKAGE MODIFICATION FACTOR HAS BEEN APPLIED**

Countersigned By _____
                              Authorized Representative

**GL-D (10-98)**

DIRECT BILL   781T  00215   Comm. 2000          FILE COPY          ACP GLO 7890078553      935946641     78     0004493

NATIONWIDE MUTUAL INSURANCE COMPANY

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: ACP GLO   7890078553

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A    CA-012 BUILDINGS OR PREMISES-OFFICE PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT -- OTHER THAN NOT-FOR-PROFIT | 61226 | AREA           840 | PER THOUSAND SQ. FT. 173.961 | | $146 | |
| 3120 ADELAIDE ROAD PASO ROBLES, CA | | | | | | |
| 002A    CA-012 VACANT LAND PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT -- NOT-FOR-PROFIT ONLY | 49452 | ACRES           49 | PER ACRE 1.757 | | $86 | |
| APN#052-050-25 DUNNIGAN, CA 39 ACRES | | | | | | |
| APN#052-050-03 DUNNIGAN, CA 10 ACRES | | | | | | |

Total Advance Other and PR/CO          $232

TOTAL ADVANCE PREMIUM          $232

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

**NATIONWIDE MUTUAL INSURANCE COMPANY**

## COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS

Number: **ACP GLO  7890078553**  :          Period:   From **08/09/00**  To **08/09/01**

Named Insured:  **GRANT PARK DEVELOPMENT, INC.**

| Form | Date | Title |
|------|------|-------|
| CG0001 | 0798 | COMMERCIAL GENERAL LIABILITY COVERAGE |
| CG2134 | 0187 | EXCLUSION - DESIGNATED WORK |
| CG2147 | 0798 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2161 | 0498 | EXCLUSION — YEAR 2000 COMPUTER-RELATED AND OTHER ELEC. PROBLEMS - PCO |
| CG7005 | 0487 | THERMAL IRRITANT OR CONTAMINANT EXCEPTION |
| CG7022 | 0692 | POLICY TOTAL POLLUTION EXCLUSION |
| CG7023 | 1096 | EXCL-ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON |
| CG7033 | 0393 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| GL2199 | 0600 | EXCLUSION - SUBSIDENCE OF LAND |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0498 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| IL0270 | 0498 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |
| SP0001 | 0500 | SIGNATURE PAGE |
| 10940 | 0789 | CA INSURANCE GUARANTEE ASSN |
| 13614 | 1185 | SPECIAL CONTINUATION PROVISION |

IMPORTANT NOTICES

| | | |
|------|------|-------|
| IN5017 | 0593 | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| IN7068 | 0498 | YEAR 2000 PROBLEM AND YOUR INSURANCE COVERAGE |
| IN7133 | 0600 | BROADENINGS, RESTRICTIONS & CLARIFICATIONS OF COVERAGE |

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION - DESIGNATED WORK**

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

Description of your work:

    **CONTRACTING OPERATIONS & REAL ESTATE DEVELOPMENT OPERATIONS**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products - completed operations hazard" and arising out of "your work" shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1986

CG 21 34 (01-87)

ACP GLO 7890078553        781T      00215        FILE COPY                        78   0004496



**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES IA  50391-2000**

**RENEWAL**

## DECLARATIONS

| | | |
|---|---|---|
| Policy Number: | **ACP**  **CPP**  **7890078553** | **COMMERCIAL PROPERTY** |

Named Insured:     **GRANT PARK DEVELOPMENT, INC.**

Mailing
Address:          **P.O. BOX 61**
                  **PASO ROBLES**
                  **CA    93447-0000**

Agent:            **VAN BEURDEN INSURANCE-LOS OSOS**         **84-06105**
Address:          **LOS OSOS CA**                  **93412**

Policy Period:  This policy is effective from   **08/09/00**  to  **08/09/01**   12:01 A.M.
Standard time at the above mailing address.

This policy is subject to the following forms.  Forms specific to a certain building or
item can be found with the specific building and item information on the following pages.

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP0010 | 0695 | 0 | CP7067 | 0194 | 0 | CP7001 | 0686 | 0 |
| CP1260 | 1091 | 0 | IL0017 | 1198 | 0 | 13614 | 1185 | 0 |
| IN5017 | 0593 | 0 | CP7078 | 0695 | 0 | IL0935 | 0898 | 0 |
| IL0103 | 0699 | 0 | | | | | | |

Mortgagee and loss payee information - See schedules CP-DM and CP-DL

Replacement or
Renewal Number   **ACP    CPP    7880078553**
**A PACKAGE MODIFICATION FACTOR HAS BEEN APPLIED**

Countersigned _____  By _____
                          Date          Authorized Representative

Total Agent Commission  $          32.20
Total Annual Premium  $         161.00

Total Policy Premium   $         161.00

CP-D (10-98)

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES IA  50391-2000**

### COMMERCIAL PROPERTY SCHEDULE REFERENCE PAGE

Policy Number: **ACP CPP  7890078553**          Policy Period: From **08/09/00**  To **08/09/01**

Named Insured: GRANT PARK DEVELOPMENT, INC.

| Loc. Bld. Item | Address/Description | Coverage Type | Limit |
|---|---|---|---|
| 1 | 3120 ADELAIDE ROAD<br>PASO ROBLES          CA<br>Protection Class: 05<br>MOBILE OFFICE | | |
| 1 | MOBILE OFFICE | | |
| 1 | MOBILE OFFICE | BUILDING | 15,800 |
| 2 | MOBILE OFFICE | PERSONAL PROPERTY | 21,000 |

CP-DR (10-89)

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES IA  50391-2000**

**COMMERCIAL PROPERTY SCHEDULE**

Policy Number: **ACP CPP  7890078553**          Policy Period:  From **08/09/00**  To  **08/09/01**

Named Insured: GRANT PARK DEVELOPMENT, INC.

---

**✱✱✱✱  Premise No  01  ✱✱✱✱ Total Premium $      161.00**

Address: 3120 ADELAIDE ROAD
City: PASO ROBLES          State: CA          Zip Code: 93446-0000

Description: MOBILE OFFICE

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| IL0270 | 0498 | 0 | CP0299 | 1185 | 0 | 10940 | 0789 | 0 |

---

**✱✱  Building No  01  ✱✱  Total Premium $      161.00**

Description: MOBILE OFFICE
Construction Type: FRAME

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|

**Coverages Provided**

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|------|----------|--------------------|---------------------|-------------|------------|---------|
| 01 | BUILDING $ | 15,800 | SPECIAL | 90% | 250 | 27.00 |

Description:MOBILE OFFICE

Optional Coverages:
Replacement Cost

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP1030 | 0695 | 0 | CP7038 | 0691 | 0 | | | |

---

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|------|----------|--------------------|---------------------|-------------|------------|---------|
| 02 | PERS PROP $ | 21,000 | SPECIAL | 90% | 250 | 134.00 |

Description:MOBILE OFFICE

Optional Coverages:
Replacement Cost

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP1030 | 0695 | 0 | CP7038 | 0691 | 0 | | | |

---

CP-DS (10-89)

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES IA  50391-2000**

**COMMERCIAL PROPERTY WORKSHEET PAGE**

Policy Number: **ACP CPP   7890078553**          Policy Period:  From **08/09/00**  To **08/09/01**

Named Insured: GRANT PARK DEVELOPMENT, INC.

| OPERAND | DESCRIPTION | FACTOR | | RESULT |
|---|---|---|---|---|
| | RATING WORKSHEET FOR LOCATION   1 BUILDING   1 ITEM   1 | | | |
| | BUILDING CLASS CODE 0702 | | | |
| | GROUP 1 BASE RATE | | = | .096 |
| X | PROT CLASS FACTOR | 1.000 | = | .096 |
| X | LOSS COST FACTOR | 1.320 | = | .127 |
| X | TERRITORY FACTOR | 1.000 | = | .127 |
| X | COINSURANCE FAC | .950 | = | .121 |
| X | DEDUCTIBLE FACTOR | 1.100 | = | .133 |
| X | PACKAGE MOD FAC | .780 | = | .104 |
| X | MPD MOD FACTOR | .950 | = | .099 |
| X | LIMIT / 100 | 158 | = | 16.00 |
| | GROUP 2 BASE RATE | | = | .030 |
| X | MULTIPLIER FACTOR | 1.000 | = | .030 |
| X | BCEG FACTOR | .980 | = | .029 |
| X | LOSS COST FACTOR | 1.320 | = | .038 |
| X | COINSURANCE FAC | .950 | = | .036 |
| X | DEDUCTIBLE FACTOR | 1.100 | = | .040 |
| X | PACKAGE MOD FAC | .780 | = | .031 |
| X | MPD MOD FACTOR | .950 | = | .029 |
| X | LIMIT / 100 | 158 | = | 5.00 |
| | COL FORM BASE | | = | .040 |
| X | LOSS COST FACTOR | 1.320 | = | .053 |
| X | COINSURANCE FAC | .950 | = | .050 |
| X | DEDUCTIBLE FACTOR | 1.100 | = | .055 |
| X | PACKAGE MOD FAC | .780 | = | .043 |
| X | MPD MOD FACTOR | .950 | = | .041 |
| X | LIMIT / 100 | 158 | = | 6.00 |
| | RATING WORKSHEET FOR LOCATION   1 BUILDING   1 ITEM   2 | | | |
| | BUILDING CLASS CODE 0702 | | | |
| | GROUP 1 BASE RATE | | = | .111 |
| X | PROT CLASS FACTOR | 1.000 | = | .111 |
| X | LOSS COST FACTOR | 1.320 | = | .147 |
| X | TERRITORY FACTOR | 1.000 | = | .147 |
| X | COINSURANCE FAC | .950 | = | .140 |
| X | DEDUCTIBLE FACTOR | 1.100 | = | .154 |
| X | PACKAGE MOD FAC | .780 | = | .120 |
| X | MPD MOD FACTOR | .950 | = | .114 |
| X | LIMIT / 100 | 210 | = | 24.00 |
| | GROUP 2 BASE RATE | | = | .030 |
| X | MULTIPLIER FACTOR | 1.000 | = | .030 |
| X | BCEG FACTOR | .980 | = | .029 |
| X | LOSS COST FACTOR | 1.320 | = | .038 |
| X | COINSURANCE FAC | .950 | = | .036 |
| X | DEDUCTIBLE FACTOR | 1.100 | = | .040 |
| X | PACKAGE MOD FAC | .780 | = | .031 |
| X | MPD MOD FACTOR | .950 | = | .029 |
| X | LIMIT / 100 | 210 | = | 6.00 |

CP-WS (10-89)

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES IA  50391-2000**

### COMMERCIAL PROPERTY WORKSHEET PAGE

Policy Number: **ACP CPP   7890078553**          Policy  Period:   From **08/09/00**  To **08/09/01**

Named Insured: GRANT PARK DEVELOPMENT, INC.

| OPERAND | DESCRIPTION | FACTOR | | RESULT |
|---------|-------------|--------|---|--------|
| | COL FORM BASE | | = | .059 |
| X | LOSS COST FACTOR | 1.320 | = | .078 |
| X | COINSURANCE FAC | .950 | = | .074 |
| X | DEDUCTIBLE FACTOR | 1.100 | = | .081 |
| X | PACKAGE MOD FAC | .780 | = | .063 |
| X | MPD MOD FACTOR | .950 | = | .060 |
| X | LIMIT / 100 | 210 | = | 13.00 |
| + | DOLLAR ADD ON | 93.00 | = | |
| X | LOSS COST FACTOR | 1.320 | = | 123.00 |
| X | PACKAGE MOD FAC | .780 | = | 96.00 |
| X | MPD MOD FACTOR | .950 | = | 91.00 |
| + | COL PREMIUM | 13.00 | = | 104.00 |

**NATIONWIDE MUTUAL INSURANCE COMPANY**
701 5TH AVE
DES MOINES IA 50391-2000

### COMMERCIAL PROPERTY FORMS AND ENDORSEMENTS

Policy Number: **ACP CPP   7890078553**          Policy Period:   From 08/09/00 To 08/09/01

Named Insured: **GRANT PARK DEVELOPMENT, INC.**

| Form | Date | Title |
|------|------|-------|
| CP0010 | 0695 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| CP0299 | 1185 | CANCELLATION CHANGES |
| CP1030 | 0695 | CAUSES OF LOSS - SPECIAL FORM |
| CP1260 | 1091 | LOSS ADJUSTMENT ENDORSEMENT - COMMERCIAL PROPERTY COVERAGE |
| CP7001 | 0686 | SINKHOLE COLLAPSE EXCLUSION |
| CP7038 | 0691 | CAUSES OF LOSS - SPECIAL FORM AMENDATORY ENDORSEMENT |
| CP7067 | 0194 | COMMERCIAL PROPERTY CONDITIONS |
| CP7078 | 0695 | ADVISORY NOTICE OF POLICYHOLDERS |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0103 | 0699 | CALIFORNIA CHANGES - ACTUAL CASH VALUE |
| IL0270 | 0498 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |
| IL0935 | 0898 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IN5017 | 0593 | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| 10940 | 0789 | CA INSURANCE GUARANTEE ASSN |
| 13614 | 1185 | SPECIAL CONTINUATION PROVISION |

CP-DF (10-89)



**AMCO INSURANCE COMPANY**
**701 5TH AVE       DES MOINES IA 50391-2000**

**RENEWAL**

# DECLARATIONS

**ALLIED SERIES**

Policy Number: **ACP RAS   7890078553**

**SPECIAL RETAIL AND SERVICE POLICY**

Named Insured: **GRANT PARK DEVELOPMENT, INC.**

Mailing Address: **P.O. BOX 61**
                 **PASO ROBLES, CA  93447**

Agent: **VAN BEURDEN INSURANCE-LOS OSOS**
Address: **LOS OSOS CA   934126750**                    **84   06105**

Policy Period: This policy is effective from **08-09-00** to **08-09-01** 12:01 AM Standard time
at the above mailing address.

| | |
|---|---|
| The Named Insured is: **CORPORATION** | |
| Business of the Insured is:  **MERCANTILE LESSOR** | **1803** |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**SCHEDULE - SECTION I**   This policy contains a **$ 250**   deductible unless otherwise stated.

| LOC/ BLDG | COV | DESCRIBED PREMISES AND COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|---|
| | | SEE SCHEDULE (BP8010) | | |
| | | | | |
| | | | | |

**SCHEDULE - SECTION II**

| LOC/ BLDG | COV | DESCRIBED COVERAGES | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|---|---|
| ALL | D | BUSINESS LIABILITY | 1,000,000 Per Occurrence | | $        INCLUDED |
| | | PROD/COMPLETED OPER. | | 2,000,000 Aggregate | $        INCLUDED |
| | | ALL OTHER | | 2,000,000 Aggregate | $        INCLUDED |
| ALL | E | MEDICAL EXPENSES | 5,000 Per Occurrence | | $        INCLUDED |
| | | | | Annual Premium | $      2,765.00 |

| | | | TOTAL PREMIUM | $     2,765.00 |
|---|---|---|---|---|
| **PREVIOUS POLICY NUMBER** | **STATUS I** | **REN** | **TOTAL AGENT COMMISSION** | **$      414.75** |
| **ACP RAS   7880078553** | **ENTRY DATE   00210** | | Countersignature | Date |
| **DIRECT BILL   .78FS   00215** | **MO** | **FILE COPY** | UID  60       835946641     78    04503 |

**AMCO INSURANCE COMPANY**
701 5TH AVE        DES MOINES IA 50391-2000

**SPECIAL RETAIL AND SERVICE POLICY**

Policy Number:  ACP  RAS    7890078553

**SCHEDULE**

Policy Period:
From 08-09-00  To 08-09-01

## SCHEDULE - SECTION I

| LOC/ BLDG | COV | DESCRIBED PREMISES AND COVERAGES | LIMITS OF LIABILITY | | PREMIUM |
|-----------|-----|----------------------------------|---------------------|---|---------|
| 01 01 | | 14518 MAIN STREET, HESPERIA, CA. | | $ | 1,669.00 |
| | | MERCANTILE LESSOR - MINI MART & GAS STATION | | | |
| | A | BUILDING | 315,000 | $ | INCLUDED |
| | C | BUSINESS INCOME AND EXTRA EXPENSE | ACTUAL LOSS | $ | INCLUDED |
| | | | | | |
| 03 01 | | 16890 ARROW, FONTANA, CA | | $ | 1,096.00 |
| | | MINI MART W/GAS | | | |
| | A | BUILDING | 315,000 | $ | INCLUDED |
| | C | BUSINESS INCOME AND EXTRA EXPENSE | ACTUAL LOSS | $ | INCLUDED |

## SCHEDULE - SECTION II

| LOC/ BLDG | COV | DESCRIBED COVERAGES | LIMITS OF LIABILITY | | PREMIUM |
|-----------|-----|---------------------|---------------------|---|---------|
| 01 01 | | FIRE LEGAL LIABILITY | 100,000  Per Occurrence | $ | INCLUDED |
| 03 01 | | FIRE LEGAL LIABILITY | 100,000  Per Occurrence | $ | INCLUDED |

**AMCO INSURANCE COMPANY**
**701 5TH AVE      DES MOINES IA  50391-2000**

# RETAIL AND SERVICE POLICY
## WORKSHEET

Policy  Number: ACP  RAS    7890078553

Policy   Period:
From **08-09-00** To **08-09-01**

| OPERAND | DESCRIPTION | FACTOR | | RESULT |
|---|---|---|---|---|
| | RATING WORKSHEET FOR DEC | | | |
| | NO PREMIUM FOR DEC | | | |
| | | | | |
| | RATING WORKSHEET FOR LOCATION    1 BUILDING   1 | | | |
| | COV A LIMIT | | | 3150 |
| X | COV A BASE RATE | .589 | = | 1855 |
| X | IRPM CREDIT/DEBIT | .900 | = | 1670 |
| X | MULTI POL DISCOUNT | .950 | = | 1587 |
| = | COV A PREM | | | 1587 |
| | COV A LIMIT | | | 3150 |
| X | COV A LIAB RATE | .030 | = | 95 |
| X | IRPM CREDIT/DEBIT | .900 | = | 86 |
| X | MULTI POL DISCOUNT | .950 | = | 82 |
| + | COV A PREM | 1587 | = | 1669 |
| | | | | |
| | NO PREMIUM FOR LOCATION/BUILDING OPTIONS | | | |
| | | | | |
| | RATING WORKSHEET FOR LOCATION    3 BUILDING   1 | | | |
| | COV A LIMIT | | | 3150 |
| X | COV A BASE RATE | .403 | = | 1269 |
| X | BLDG AGE FACTOR | .940 | = | 1193 |
| X | IRPM CREDIT/DEBIT | .900 | = | 1074 |
| X | MULTI POL DISCOUNT | .950 | = | 1020 |
| = | COV A PREM | | | 1020 |
| | COV A LIMIT | | | 3150 |
| X | COV A LIAB RATE | .030 | = | 95 |
| X | BLDG AGE FACTOR | .940 | = | 89 |
| X | IRPM CREDIT/DEBIT | .900 | = | 80 |
| X | MULTI POL DISCOUNT | .950 | = | 76 |
| + | COV A PREM | 1020 | = | 1096 |

NO PREMIUM FOR LOCATION/BUILDING OPTIONS

BPB005 (01-84)

**AMCO INSURANCE COMPANY**
**701 5TH AVE      DES MOINES IA  50391-2000**

**RETAIL AND SERVICE POLICY**
**SCHEDULE OF MORTGAGEES**

Policy  Number:  ACP  RAS     7890078553

Policy Period:
From  08-09-00  To  08-09-01

**MORTGAGEE INFORMATION**

**IMPERIAL THRIFT & LOAN ASSOC.**
**IT'S SUCCESSOR &/OR ASSIGNS**
**P.O. BOX 29096**
**GLENDALE, CA    91209**

**INTEREST    :   14518 MAIN STREET**

**VINEYARD NATIONAL BANK**
**P.O. BOX 727**
**RANCHO CUCAMONGA, CA    91730**

AMCO INSURANCE COMPANY
701 5TH AVE        DES MOINES IA  50391-2000

## RETAIL AND SERVICE POLICY
## FORMS AND ENDORSEMENTS SUMMARY

Period:

Number: ACP  RAS    7890078553                              From 08-09-00    To 08-09-01

| FORM/ENDORSEMENT | DATE | TITLE | PREMIUM | |
|---|---|---|---|---|
| BP8012 | 0194 | SCHEDULE OF MORTGAGEES | $ | INCLUDED |
| RS0001 | 0498 | SPECIAL RETAIL AND SERVICE - SECTION I - PROP | $ | INCLUDED |
| RS0002 | 0498 | SPECIAL RETAIL AND SERVICE - SECTION II - LIA | $ | INCLUDED |
| BP0004 | 0498 | CALIFORNIA AMENDATORY ENDORSEMENT | $ | INCLUDED |
| 438BFU | 0542 | LENDER'S LOSS PAYABLE ENDORSEMENT | $ | INCLUDED |
| 10940 | 0789 | CA INSURANCE GUARANTEE ASSN | $ | INCLUDED |
| 13614 | 1185 | SPECIAL CONTINUATION PROVISION | $ | INCLUDED |
| BP2005 | 0498 | ENDORSEMENT - LIMITATION OF COVERAGE TO DESIG | $ | INCLUDED |
| BP0001 | 0498 | COMMON POLICY CONDITIONS | $ | INCLUDED |
| | | TOTAL FORMS AND ENDORSEMENTS PREMIUM | $ | .00 |

BP0008 (01-94)

``Claims Request:   **Trak to DC1 -- Deliver to C320**

| REQUESTOR<br>BETTY ANNE FRANCO  (JOE CAMPOS) | DATE REQUESTED<br>01/13/10 |
|---|---|
| INSURED'S NAME<br>GRANT PARK DEVELOPMENT INC. | DATE OF LOSS :<br>TERM : 08/09/99 – 08/09/00 |
| POLICY NUMBER<br>7880078553 | POLICY TYPE<br>ACP GLO |
| | |

| | |
|---|---|
| _  Pull the Underwriting File and Return to Requestor<br>_  Copy of Underwriting File (by Claims)<br>_   Copy of form(s) listed below ** | Copy of DEC Sheet **<br>_  Certified Copy of DEC Sheet **<br>X  Policy **<br><br>**NOTE: Issue date of form(s) must coincide with Date of Loss |

SPECIAL NOTES

| CLAIM :  84M26830 |
|---|
| |

NATIONWIDE MUTUAL INSURANCE COMPANY
701 5TH AVE
DES MOINES, IA 50391-2000

Named Insured:  **GRANT PARK DEVELOPMENT, INC.**

    Address:  **P.O. BOX 61**
             **PASO ROBLES**      **CA 93447**

★★★★★★★★    **IMPORTANT INSURANCE INFORMATION**    ★★★★★★★★

### IMPORTANT NOTICE FOR RENEWAL POLICIES

In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy.  We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.  Please refer to your prior policies for printed copies of these forms.  If you desire copies, they are available upon request from your agent.

**IN 5017 (05-93)**

DIRECT BILL  **R**    **10019**                **INSURED COPY**      **ACP GLO 7880078553**    **935846641**    **78**    **0000079**

★★★★★★★★   **IMPORTANT INSURANCE INFORMATION**   ★★★★★★★★

**YEAR 2000 PROBLEM AND YOUR INSURANCE COVERAGE**
**POLICYHOLDER NOTIFICATION**
**CG 21 61 04 98**

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, <u>THE PROVISIONS OF THE POLICY SHALL PREVAIL.</u>

THIS NOTICE HAS BEEN PREPARED IN CONJUNCTION WITH THE IMPLEMENTATION OF CHANGES TO YOUR POL-ICY. THIS NOTICE PROVIDES INFORMATION CONCERNING YOUR INSURANCE COVERAGE FOR BODILY INJURY, PROPERTY DAMAGE, AND PERSONAL INJURY AND ADVERTISING INJURY RESULTING FROM COMPUTER-RELATED OR OTHER ELECTRONIC PRODUCTS FAILURE TO RECOGNIZE THE CHANGE TO THE YEAR 2000.

PLEASE READ THIS NOTICE CAREFULLY.

Endorsement **CG 21 61 04 98 Exclusion - Year 2000 Computer-Related and Other Electronic Problems - Products/Completed Operations** is attached to your policy. Because this endorsement is attached to your:

- CGL policy, it excludes coverage for problems associated with the change to the year 2000 and beyond arising out of the products-completed operations hazard" only. This exclusion does not apply to incidents occurring on your premises or to your ongoing operations.

- Products Liability policy, it serves as a total exclusion of coverage for problems associated with the change to the year 2000.

IN 7068 (04-98)

ACP  GLO  7880078553      DIRECT BILLR   1001         INSURED COPY          9935846641                    78   0000080

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES, IA 50391-2000**

06105
**RENEWAL**

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

Policy Number: **ACP  GLO   7880078553**

Named Insured: **GRANT PARK DEVELOPMENT, INC.**

Address: **P.O. BOX 61**
**PASO ROBLES**          **CA 93447-0000**

Agent: **VAN BEURDEN INSURANCE-LOS**                    84-06105
Address: **LOS OSOS CA          93412**

Policy Period:   From 08/09/99  to 08/09/00   12:01 A.M. standard time at the address of the named insured as stated
herein.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the
insurance as stated in this policy.

### LIMITS OF INSURANCE

| | |
|---|---:|
| **GENERAL AGGREGATE LIMIT (other than products-completed operations)** | $   2,000,000 |
| **PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT** | $   2,000,000 |
| **PERSONAL AND ADVERTISING INJURY LIMIT** | $   1,000,000 |
| **EACH OCCURRENCE LIMIT** | $   1,000,000 |
| **DAMAGE TO PREMISES RENTED TO YOU LIMIT (any one premises)** | $      50,000 |
| **MEDICAL EXPENSE LIMIT (any one person)** | $       5,000 |

Retroactive Date (CG0002 only)

The Named Insured is: **CORPORATION**
Business of the Named Insured is: **PROPERTY OWNER**
Audit Period: **ANNUAL**

ENDORSEMENTS ATTACHED TO THIS POLICY

**SEE COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS SCHEDULE**

**TOTAL ADVANCE PREMIUM**    $      633.00

Replacement or
Renewal Number  **ACP  GLO  7870078553**
**A PACKAGE MODIFICATION FACTOR HAS BEEN APPLIED**

Countersigned By _____
                    Authorized Representative

**GL-D (10-98)**

DIRECT BILL  R      10019              **INSURED COPY**       ACP GLO 7880078553    935846641    78    0000081

## NATIONWIDE MUTUAL INSURANCE COMPANY

**POLICYHOLDER MEMBERSHIP IN THE COMPANY**
Because this policy is issued by a mutual insurance company, the first named insured is a member of the company while this or any other policy is in force. While a member the first named insured is entitled to one vote only - either in person or by proxy - at meetings of members of the company. The first named insured is entitled to any dividends which are declared by the Board of Directors and are applicable to coverages in your policy.

The annual meeting of members of the company will be held at the Home Office at Columbus, Ohio, at 10:00 a.m. on the first Thursday of April. If the Board of Directors should elect to change the time or place of the meeting, we will mail notice of the change to the address last known to us. We will mail this notice at least 10 days in advance of the meeting date.

Prior to the expiration of a policy term for which premium has been paid, we will mail a notice for the premium required to renew or maintain the policy in effect. We will mail this notice to your address last known to us.

This policy is non-assessable, meaning that the named insured is not subject to any assessment beyond the premiums we require for each policy term.

IN WITNESS WHEREOF: Nationwide Mutual Insurance Company has caused this policy to be signed by its President and Secretary and countersigned by a duly authorized representative of the Company.


*Dennis W. Pelick*
SECRETARY

*Galen Barnes*
PRESIDENT


SP0001 (10-98)

ACP GLO 7880078553          R          INSURED COPY          935946641          78  0000082

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS

Number: **ACP GLO  7880078553**                    Period:   From **08/09/99**  To **08/09/00**

Named Insured:  **GRANT PARK DEVELOPMENT, INC.**

| Form | Date | Title |
|------|------|-------|
| CG0001 | 1093 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG2134 | 0187 | EXCLUSION - DESIGNATED WORK |
| CG2147 | 1093 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2161 | 0498 | EXCLUSION -- YEAR 2000 COMPUTER-RELATED AND OTHER ELEC. PROBLEMS - PCO |
| CG7005 | 0487 | THERMAL IRRITANT OR CONTAMINANT EXCEPTION |
| CG7022 | 0692 | POLICY TOTAL POLLUTION EXCLUSION |
| CG7023 | 1096 | EXCL-ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON |
| CG7033 | 0393 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| GL2199 | 0684 | EXCLUSION - SUBSIDENCE OF LAND |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0498 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| IL0270 | 0498 | CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL |
| 10940 | 0789 | CA INSURANCE GUARANTEE ASSN |
| 13614 | 1185 | SPECIAL CONTINUATION PROVISION |

IMPORTANT NOTICES

| | | |
|------|------|------|
| IN5017 | 0593 | IMPORTANT NOTICE FOR RENEWAL POLICIES |
| IN7068 | 0498 | YEAR 2000 PROBLEM AND YOUR INSURANCE COVERAGE |

GLDF (02-93)

DIRECT BILL  R        10019                    **INSURED COPY**              ACP  GLO  7880078553        935846641      78    0000084

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**701 5TH AVE**
**DES MOINES, IA 50391-2000**

### COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: ACP GLO   7880078553

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A     CA-012 BUILDINGS OR PRE- MISES - BANK OR OFFICE PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 61215 | AREA          840 | PER THOUSAND SQ. FT. 462.658 | | $389 | |
| 3120 ADELAIDE RD., PASO ROBLES, CA | | | | | | |
| 001C     CA-012 VACANT LAND INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS | 49450 | ACRES           49 | PER ACRE | | $244 | |
| 39 ACRES DUNNIGAN CA APN#052-050-25 | | | | | | |
| 10 ACRES DUNNIGAN CA APN#052-050-03 | | | | | | |

Total Advance Other and PR/CO          $633

TOTAL ADVANCE PREMIUM          $633

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

GL-DS (12-93)

DIRECT BILL  R     10019                          INSURED COPY              ACP GLO 7880078553     935946641    78   0000083

CG 00 01 (10-93)

## COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

### SECTION I - COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgements or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory;" and

      2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

   This insurance does not apply to:

   a. Expected or Intended Injury

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. Contractual Liability

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      1) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

ACP GLO 7880078553          R 10019          INSURED COPY                              78  0000085

CG 00 01 (10-93)

2)   That the insured would have in the absence of the contract or agreement.

c.   Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

1)   Causing or contributing to the intoxication of any person;

2)   The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3)   Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d.   Workers Compensation and Similar Laws

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e.   Employer's Liability

"Bodily injury" to:

1)   An "employee" of the insured arising out of and in the course of:

a)   Employment by the insured; or

b)   Performing duties related to the conduct of the insured's business; or

2)   The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph 1) above.

This exclusion applies:

1)   Whether the insured may be liable as an employer or in any other capacity; and

2)   To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

f.   Pollution

1)   "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

a)   At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

b)   At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

c)   Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

d)   At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

i)   if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

ACP GLO 7880078SSJ          R 10019          INSURED COPY                              78 0000088

CG 00 01 (10-93)

ii)   if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs a) and d)i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

2)   Any loss, cost or expense arising out of any:

a)   Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

b)   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

g.   Aircraft, Auto or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

1)   A watercraft while ashore on premises you own or rent;

2)   A watercraft you do not own that is:

a)   Less than 26 feet long; and

b)   Not being used to carry persons or property for a charge;

3)   Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

4)   Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

5)   "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.2) or f.3) of the definition of "mobile equipment" (Section V.8.).

h.   Mobile Equipment

"Bodily injury" or "property damage" arising out of:

1)   The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

2)   The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

CG 00 01 (10-93)

i.   War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j.   Damage to Property

"Property damage" to:

1)   Property you own, rent or occupy;

2)   Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

3)   Property loaned to you;

4)   Personal property in the care, custody or control of the insured;

5)   That particular part of real property on which you or any contractors or sub contractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

6)   That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph 2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs 3), 4), 5) and 6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph 6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

k.   Damage to Your Product

"Property damage" to "your product" arising out of it or any part it.

l.   Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m.   Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured arising out of:

1)   A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work;" or

2)   A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

ACP GLO 7880078553            R  10019            INSURED COPY                          78  0000088

CG 00 01 (10-93)

n.  Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1)  "Your product;"

2)  "Your work;" or

3)  "Impaired property;"

If such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner.  A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

1.  **Insuring Agreement.**

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies.  We will have the right and duty to defend any "suit" seeking those damages.  We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result.  But:

1)  The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b.  This insurance applies to:

1)  "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

2)  "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period;

2.  **Exclusions.**

This insurance does not apply to:

a.  "Personal injury" or "advertising injury"

1)  Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

2)  Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

3)  Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

ACP GLO 7880078553          R  10019              INSURED COPY                        78  0000089

4)  For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b.  "Advertising injury" arising out of:

1)  Breach of contract, other than misappropriation of advertising ideas under an implied contract;

2)  The failure of goods, products or services to conform with advertised quality or performance;

3)  The wrong description of the price of goods, products or services; or

4)  An offense committed by an insured whose business is advertising, broadcasting, publishing or tele-casting.

## COVERAGE C. MEDICAL PAYMENTS

1.  **Insuring Agreement.**

a.  We will pay medical expenses as described below for "bodily injury" caused by an accident:

1)  On premises you own or rent;

2)  On ways next to premises you own or rent; or

3)  Because of your operations;

provided that:

1)  The accident takes place in the "coverage territory" and during the policy period;

2)  The expenses are incurred and reported to us within one year of the date of the accident; and

3)  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b.  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

1)  First aid administered at the time of an accident;

2)  Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

3)  Necessary ambulance, hospital, professional nursing and funeral services.

2.  **Exclusions.**

We will not pay expenses for "bodily injury:"

a.  To any insured.

b.  To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c.  To a person injured on that part of premises you own or rent that the person normally occupies.

d.  To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e.  To a person injured while taking part in athletics.

f.  Included within the "products-completed operations hazard."

g.  Excluded under Coverage A.

h.   Due to war, whether or not declared, or any act or condition incident to war.  War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

We will pay with respect to any claim or "suit" we defend:

1.   All expenses we incur.

2.   Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

3.   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $100 a day because of time off from work.

5.   All costs taxed against the insured in the "suit."

6.   Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1.   If you are designated in the Declarations as:

a.   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.   A partnership or joint venture, you are an insured.  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.   An organization other than a partnership or joint venture, you are an insured.  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.

2.   Each of the following is also an insured:

a.   Your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.  However, no "employee" is an insured for:

1)   "Bodily injury" or "personal injury":

a)   To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

b)   To the spouse, child, parent, brother or sister of that co-employee as a consequence of paragraphs 1)a) above; or

c)   For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs 1)a) or b) above; or

CG 00 01 (10-93)

        d)   Arising out of his or her providing or failing to provide professional health care services.

      2)  "Property damage" to property:

          a)   Owned, occupied or used by,

          b)   Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

  **b.**  Any person (other than your "employee"), or any organization while acting as your real estate manager.

  **c.**  Any person or organization having proper temporary custody of your property if you die, but only:

      1)  With respect to liability arising out of the maintenance or use of that property, and

      2)  Until your legal representative has been appointed.

  **d.**  Your legal representative if you die, but only with respect to duties as such.  That representative will have all your rights and duties under this Coverage Part.

**3.**  With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission.  Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability.  However, no person or organization is an insured with respect to:

  **a.**  "Bodily injury" to a co-"employee" of the person driving the equipment; or

  **b.**  "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.**  Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.  However:

  **a.**  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period whichever is earlier;

  **b.**  Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

  **c.**  Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.**  The Limits of Insurance shown in the Declarations and rules below fix the most we will pay regardless of the number of:

  **a.**  Insureds;

  **b.**  Claims made or "suits" brought; or

  **c.**  Persons or organizations making claims or bringing "suits."

**2.**  The General Aggregate Limit is the most we will pay for the sum of:

CG 00 01 (10-93)                                                  **Page 8 of 16**

a.   Medical expenses under Coverage C;

b.   Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard;" and

c.   Damages under Coverage B.

3.   The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4.   Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5.   Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a.   Damages under Coverage A; and

b.   Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6.   Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, out of any one fire.

7.   Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1.   **Bankruptcy.**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.   **Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

a.   You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

1)   How, when and where the "occurrence" or offense took place;

2)   The names and addresses of any injured persons and witnesses; and

3)   The nature and location of any injury or damage arising out of the "occurrence" or offense.

b.   If a claim is made or "suit" is brought against any insured, you must:

1)   Immediately record the specifics of the claim or "suit" and the date received; and

2)   Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c.   You and any other involved insured must:

1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit;"

2) Authorize us to obtain records and other information;

3) Cooperate with us in the investigation, settlement or defense of the claim or "suit;" and

4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgement against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work;"

2) That is Fire insurance for premises rented to you; or

3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverages A or B to defend any claim or "suit" that any other insurer has a duty to defend. If not other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

ACP GLO 7880078553        R 10019        INSURED COPY        78  0000094

2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal share, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit.**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we request.

6. **Representations.**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As is each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

CG 00 01 (10-93)

## SECTION V - DEFINITIONS

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment;"

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage Territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      1) The injury or damage arises out of:

         a) Goods or products made or sold by you in the territory described in a. above; or

         b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

      2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work;" or

   b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

ACP GLO 7880078553        R 10019              INSURED COPY                        78  0000096

b.   A sidetrack agreement;

c.   Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.   An elevator maintenance agreement;

f.   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

1)   That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

2)   That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

a)   Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

b)   Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

3)   Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection or engineering services; or

9.   "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

10.   "Loading or unloading" means the handling of property:

a.   After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto;"

b.   While it is in or on an aircraft, watercraft or "auto;" or

c.   While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

11.   "Mobile equipment" means any of the following type of land vehicles, including any attached machinery or equipment:

a.   Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b.   Vehicles maintained for use solely on or next to premises you own or rent;

c.   Vehicles that travel on crawler treads;

d.   Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

1)   Power cranes, shovels, loader, diggers or drills; or

CG 00 01 (10-93)

    2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos:"

    1) Equipment designed primarily for:

        a) Snow removal;

        b) Road maintenance but not construction or resurfacing; or

        c) Street cleaning;

    2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury" arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

14. a. "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    1) Products that are still in your physical possession; or

    2) Work that has not yet been completed or abandoned.

b. "Your work" will be deemed completed at the earliest of the following times:

    1) When all of the work called for in your contract has been completed.

    2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

CG 00 01 (10-93)

   3)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete, will be treated as completed.

  c.  This hazard does not include "bodily injury" or "property damage" arising out of:

    1)  The transportation of property unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    2)  The existence of tools, uninstalled equipment or abandoned or unused materials; or

    3)  Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

15.  "Property damage" means:

  a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

16.  "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

  a.  An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

  b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

17.  "Your product" means:

  a.  Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    1)  You;

    2)  Others trading under your name; or

    3)  A person or organization whose business or assets you have acquired; and

  b.  Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

  a.  Warranties or representations made at any time with respect to the fitness, quality durability, performance or use of "your product," and

  b.  The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

18.  "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

19.  "Your work" means:

  a.  Work or operations performed by you or on your behalf; and

CG 00 01 (10-93)                                          **Page 15 of 16**

CG 00 01 (10-93)

b.   Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a.   Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work;" and

b.   The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1992

**POLICY NUMBER:**                                          **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - DESIGNATED WORK**

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**

    CONTRACTING OPERATIONS & REAL ESTATE DEVELOPMENT OPERATIONS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products - completed operations hazard" and arising out of "your work" shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1986

CG 21 34 (01-87)

ACP GLO 7880078553          R 10019          INSURED COPY                    78  0000101

CG 21 47 (10-93)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EMPLOYMENT-RELATED PRACTICES EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

1. "Bodily injury" to:

   a. A person arising out of any:

      1) Refusal to employ that person;

      2) Termination of that person's employment; or

      3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment related practices, described in paragraphs 1), 2), or 3) above is directed.

   This exclusion applies:

   a. Whether the insured may be liable as an employer or in any other capacity; and

   b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

1. "Personal injury" to:

   a. A person arising out of any:

      1) Refusal to employ that person;

      2) Termination of that person's employment; or

      3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs 1), 2), or 3) above is directed.

ACP GLO 7880078553          R 10019          INSURED COPY          78 - 0000102

CG 21 47 (10-93)

This exclusion applies:

a.   Whether the insured may be liable as an employer or in any other capacity; and

b.   To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1992

CG 21 61 (04-98)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION – YEAR 2000 COMPUTER-RELATED AND
OTHER ELECTRONIC PROBLEMS - PRODUCTS/COMPLETED OPERATIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Bodily Injury And Property Damage Liability:**

**2.  Exclusions**

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" definition and arising directly or indirectly out of:

a.  Any actual or alleged failure, malfunction or inadequacy of:

  1)  Any of the following, whether belonging to any insured or to others:

    a)  Computer hardware, including microprocessors;

    b)  Computer application software;

    c)  Computer operating systems and related software;

    d)  Computer networks;

    e)  Microprocessors (computer chips) not part of any computer system; or

    f)  Any other computerized or electronic equipment or components; or

  2)  Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b.  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

Copyright, Insurance Services, Inc., 1997

ACP GLO 7880078553          R  10018          INSURED COPY                    78  0000104

**POLICY NUMBER:**                                          **COMMERCIAL GENERAL LIABILITY**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### THERMAL IRRITANT OR CONTAMINANT EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

With respect to the Pollution definition contained in Exclusion f. of Coverage A (Section I) the words "Thermal irritant or Contaminant" shall not include thermal irritants or contaminants that meet both of the following conditions:

1.   The thermal irritant or contaminant is on the insured premises; and

2.   The bodily injury or property damage results from direct contact, on the insured premises, with the thermal irritant or contaminant.

**CG 70 05 (04-87)**

ACP GLO 7880078553              R  10019              **INSURED COPY**                              78   0000105

CG 70 22 (06-92)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### POLICY TOTAL POLLUTION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

EXCLUSION f. under COVERAGE A (Section I) is replaced by the following special exclusion which applies to COVERAGE A, B, AND C (Section I):

This insurance does not apply to:

1) "Bodily injury", "property damage", "personal injury" or "advertising injury" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

2) Any loss, cost or expense arising out of any:

   a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

   b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to or assessing the effects of "pollutants".

"Pollutants" means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes acid, alkalis, chemicals and waste. Chemicals include, but are not limited to, petroleum, petroleum derivatives, petroleum synthetics and farm chemicals. Waste includes material to be recycled, reconditioned or reclaimed.

This insurance does not apply to "bodily injury" or "property damage" arising out of heat, smoke, or fumes from a hostile fire on your premises.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

"We" will not have a duty to defend any insured against a claim or suit seeking damages to which this insurance does not apply.

CG 70 22 (06-92)

CG 70 23 (10-96)

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - ASBESTOS, ELECTRO-MAGNETIC RADIATION, LEAD AND RADON**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy does not apply to any claims arising out of or alleged to have arisen out of any of the following:

1.  Asbestos or any asbestos-related injury or damage including, but not limited to, any injury or damage arising out of, or alleged to have arisen out of, any act, error, omission, [failure to warn or failure to disclose the presence of asbestos,] or other duty involving asbestos, its use, exposure, existence, detection, removal, elimination or avoidance.

2.  Electro-magnetic emissions or radiation-related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn or other duty involving any electro-magnetic emissions or radiation from use, exposure, existence, detection, removal, elimination or avoidance of electrical energy.

3.  Lead or any lead-related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving lead or lead products, their use, exposure, existence, detection, removal, elimination or avoidance.

4.  Radon or any other radioactive emissions, manmade or natural, or any related injury or damage including, but not limited to, any injury or damage arising out of or alleged to have arisen out of any act, error, omission, failure to warn, or other duty involving radon or any other radioactive emissions, their use, exposure, existence, detection, removal, elimination or avoidance.

"We" shall not have a duty to defend any insured against a claim or suit seeking damage to which this insurance does not apply.

CG 70 23 (10-96)

ACP GLO 7880078553          R  10019          **INSURED COPY**                    7B  0000107

CG 70 33 (03-93)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ENDORSEMENT - TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following condition is added to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS:

10. **Two or More Coverage Forms or Policies Issued by Us.**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "occurrence," the aggregate maximum limit of insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

CG 70 33 (03-93)

POLICY NUMBER:                                              COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION - Subsidence of Land**

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART
   PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This policy does not apply to any claims arising out of:

**"property damage"** included within the **"products hazard"** or the **"completed operations hazard"** when caused by, resulting from, contributed to or aggravated by the subsidence of land.

Subsidence shall mean earth movement, including but not limited to landslide, mudflow, earth sinking and earth rising or shifting.

**GL 21 99 (06-84)**

ACP GLO 7880078553            R  10019            **INSURED COPY**                        78  0000109

IL 00 17 (11-98)

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

A. **Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to the us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

B. **Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

D. **Inspections and Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E. **Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

IL 00 17 (11-98)

F.  **Transfer of Your Rights and Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your right and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.   Until  your  legal  representative  is  appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

EXHIBIT B



# Century Surety Company

465 CLEVELAND AVENUE
WESTERVILLE, OH 43082

**A STOCK COMPANY**

# COMMERCIAL
# LINES
# POLICY

THIS POLICY JACKET WITH COMMON POLICY CONDITIONS, THE
DECLARATIONS PAGE, COVERAGE PART(S), COVERAGE FORM(S)
AND APPLICABLE FORMS AND ENDORSEMENTS COMPLETE THIS
POLICY.

**CSCP 1000 (02/04)**

Premium: *12,750.00*
State Tax: *382.50*
Stamp Fee: *15.93*
Total: _____



# Century Surety Company

465 Cleveland Avenue
Westerville, Ohio 43082
614-895-2000
www.centurysurety.com
**COMMERCIAL LINES POLICY**
**COMMON POLICY DECLARATIONS**

**POLICY NO.:** CCP473633
**NAMED INSURED AND ADDRESS:**

COUNTRY FAIR MOBILE HOMES ESTATES
GRANT PARK DEVELOPMENT INC
P O BOX 61

PASO ROBLES                    CA 93447

NEW
**CODE NO.:** 56348
**INSUREDS AGENT:**

WALTER MORTENSEN INSURANCE INC

4701 STOCKDALE HWY

BAKERSFIELD               CA 93309

**POLICY PERIOD:**    From: 04/10/2007 To: 04/10/2008   at 12:01 A.M. Standard time at your mailing address shown above.
**Business Description:** MOBILE HOME PARKS OR CONDOS
   Individual    Joint Venture    Partnership    Limited Liability Company (LLC)    X   Organization (Other than Partnership, LLC or Joint Venture)

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

|  |  | PREMIUM |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ | 12,750.00 |
| INSPECTION FEE (FULLY EARNED) | | 150.00 |

25 % of the Policy Premium is fully earned as of the effective    **TOTAL**    $    12,900.00
date of this policy and is not subject to return or refund.
Service of Suit (if form CCP 20 10 is attached) may be made upon:
BLISS & GLENNON
18630 SUTTER BLVD, MORGAN HILL, CA  95037

Form(s) and Endorsement(s) made a part of this policy at time of issue*:
SEE ATTACHED SCHEDULE OF FORMS: CIL 15 00b 02 02

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.
Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing false or deceptive statement is guilty of insurance fraud.
**COMPANY REPRESENTATIVE:**
BLISS & GLENNON
18630 SUTTER BLVD                    Countersigned By _____
                                                         **Authorized Representative**
MORGAN HILL              CA 95037      04/16/2007 TLH

**IN WITNESS WHEREOF,** this Company has executed and attested these presents; but this policy shall not be valid unless countersigned by the duly Authorized Agent of this Company at the Agency hereinbefore mentioned.

                    Secretary                         President

**CSCP 10 01 03 06**

                              INSURED

Policy Number CCF473633                              CIL 15 00b 02 02

# SCHEDULE OF FORMS AND ENDORSEMENTS
(other than applicable forms and endorsements shown elsewhere in the policy)

Forms and Endorsements applying to the Coverage Parts listed below and made a part of this policy at time of issue:

| Form/<br>Endt. # | Edition<br>Date | Title | Total # of forms selected: 29 |
|---|---|---|---|

**Forms Applicable to this Coverage Part - INTERLINE-ALL COVERAGE PARTS**

```
CIL 15 00B 02 02...............SCHEDULE OF FORMS AND ENDT
CSCP 10 00 02 04...............POLICY JACKET
CSCP 10 01 03 06...............COMMON POLICY DECLARATIONS
CCP 20 10 09 00...............SERVICE OF SUIT CLAUSE
IL 00 03 07 02...............CALCULATION OF PREMIUM
IL 00 17 11 98...............COMMON POLICY CONDITIONS
```

**Forms Applicable to this Coverage Part - GENERAL LIABILITY**

```
CGL 15 00 09 06...............COMM GENERAL LIABILITY POLICY DEC
CGL 15 00A...............COMM GENERAL LIABILITY EXTENSION DEC
CGL 17 01 07 05...............SPECIAL EXCL AND LIMITATIONS ENDT
CGL 17 02 11 00...............ACTION OVER EXCL
CGL 17 04 02 06...............EXCL-ASSAULT AND BATTERY
CGL 17 08 03 01...............SWIMMING POOL COVERAGE BUY BACK
CGL 17 09 03 01...............EXCL SWIMMING POOL
CGL 17 11 04 06...............LIMITATION OF COVERAGE
CGL 17 23 03 03...............EXCL-DOGS
TRIA 0001 01 07...............NOTICE OF TERRORISM INS COV
CG 00 01 12 04...............COMM GENERAL LIABILITY COV FORM
CG 00 67 03 05...............EXCL-VIOLATION OF STATUTES THAT GOVERN EMAILS, FAX
CG 03 00 01 96...............DEDUCTIBLE LIAB INS
CG 21 36 03 05...............EXCL-NEW ENTITIES
CG 21 46 07 98...............ABUSE OR MOLESTATION EXCL
CG 21 47 07 98...............EMPLOYMENT-RELATED PRACTICES EXCL
CG 21 65 12 04...............TOTAL POLLUTION EXCL
CG 21 77 11 02...............EXCEPTION TO TERRORISM EXCL
CG 21 87 01 07...............CONDITIONAL EXCL OF TERRORISM
CG 21 90 01 06...............EXCLUSION OF TERRORISM
CG 21 96 03 05...............SILICA OR SILICA-RELATED DUST EXCL
CG 22 50 11 88...............EXCL-FAILURE TO SUPPLY
IL 00 21 05 04...............NUCLEAR ENERGY LIAB EXCL ENDT
```

CCP 20 10 09 00

# SERVICE OF SUIT CLAUSE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART

It is agreed that in the event of the failure by us to pay any amount claimed to be due hereunder, we will, at your request, submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such court.

It is further agreed that service of process in such suit may be made upon the person or organization shown in the Policy Declarations or upon us at the address shown in the policy jacket.

And that in any suit instituted against any one of them upon this contract, we will abide by the final decision of such court or of any Appellate Court in the event of an appeal.

The above named are authorized and directed to accept service of process on behalf of us in any such suit and/or upon your request to give a written undertaking to you that we will enter a general appearance upon our behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States of America, which makes provision therefore, we hereby designate the Superintendent, Commissioner, or Directors of Insurance or other officer specified for that purpose in the statute or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on your behalf or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

CCP 20 10 09 00

IL 00 03 07 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc., 2001

# COMMON POLICY CONDITIONS

All Coverage parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advanced written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes

2. We are not obligated to make any inspections, surveys, reports or recom-mendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate services or similar organization which makes insurance inspections, surveys, reports or recom-mendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommend-ations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

           Copyright, Insurance Services Office, Inc., 1998

# Century Surety Company
## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**Policy No:** CCP473633

**Effective Date:** 04/10/2007 **
12:01 A.M. Standard Time

**NAMED INSURED:** COUNTRY FAIR MOBILE HOMES ESTATES
GRANT PARK DEVELOPMENT INC

| LIMITS OF INSURANCE: | | |
|---|---|---|
| General Aggregate Limit (Other than Product-Completed Operations) | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 1,000,000 | |
| Personal and Advertising Injury Limit | $ 1,000,000 | |
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You | $ 50,000 | **Any one Fire/ Occurrence** |
| Medical Expense Limit | $ 2,000 | **Any one Person** |

**RETROACTIVE DATE: (CG 00 02, CGL 0002, CGL 1551 or CGL 1553)**
Coverage A and B of this insurance does not apply to "bodily injury", "properly damage", "personal and advertising injury", or "advertising injury" which occurs before the retroactive date shown here: N/A

**DEDUCTIBLE:** Per Claim
$ 1,000 Bodily Injury Liability & Property Damage Liability Combined
(this deductible also applies to Personal and Advertising Injury Liability.)

Deductible also applies to Supplementary Payments - Coverages A and B;
Defense Expenses Coverages A and B (form CGL 0002 only)    x Yes    No

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
01 5130 COUNTY RD 99 W      DUNNIGAN      CA 95937

| PREMIUM | | | RATE: | | ADVANCED PREMIUM | |
|---|---|---|---|---|---|---|
| St/Terr Code | Classification | Prem. Basis | Prem. Ops. | Pr/Co | Pr/Co | All Other |
| CA012 46202 | Mobile Home Parks or Courts | S) 550,000 | 20.781 | INCL | INCL | 11,430.00 |
| CA012 41667 | Clubhouse | A) 7,000 | 10.000 | INCL | INCL | 70.00 |

| | | |
|---|---|---|
| Audit period is Annual Unless Otherwise Stated | Total Advance Premium $ .00 | $ 12,500.00 |
| | Subtotal Coverage Premium 12,500.00 | |
| | TRIA Coverage 250.00 | |
| | Minimum Premium for This Coverage Part $ 12,750.00 | |

**FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy):**
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

See Attached Schedule of Forms, CIL 15 00B 02 02

** Inclusion of Date Optional

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE
NAME OF THIS INSURED AND THE POLICY PERIOD**    04/16/2007 TLH

CGL 1500 09 06

# Century Surety Company

## COMMERCIAL GENERAL LIABILITY

### Extension of Policy Declarations

| POLICY NUMBER: CCP473633 | | | | | |
|---|---|---|---|---|---|
| **PREMIUM:** | | | **RATE** | **ADVANCE PREMIUM** | |
| State/TerrCode Classification | Prem Basis | Prem Ops | Pr/Co | Pr/Co | All Other |
| CA012 48925 Swimming Pools – NOC  E) 1 | | 1000.000 | INCL | INCL | 1,000.00 |

Audit Period is Annual Unless Otherwise Stated

CGL 15 00a                                                                04/16/2007 TLH

CGL 1701 0705

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SPECIAL EXCLUSIONS AND LIMITATIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A.  In consideration of the premium charged this policy has been issued subject to the following exclusions being added to Coverages A & B:

This insurance does not apply to:

1.  **Asbestos or Lead**

    "Bodily injury", "property damage", or "personal and advertising injury" arising out of or resulting from the disposal, existence, handling, ingestion, inhalation, removal, sale, storage, transportation or use of:
    a.  Asbestos or any material containing asbestos; or
    b.  Lead, lead based paint, lead compounds or any material containing lead.

2.  **Athletic or Sports Participants**

    "Bodily injury" to any person while practicing for, participating in or officiating at any sports or athletic contest or exhibition that you sponsor or in which you or your employees or guests participate.

3.  **Communicable Disease or Diseases**

    "Bodily injury" or "personal and advertising injury" arising out of or resulting from the transmission or alleged transmission of any sexually transmitted disease or any other disease transmitted by bodily fluids or excretions.

4.  **Criminal Acts**

    a.  "Bodily injury" or "property damage" arising out of or resulting from a criminal act committed by any insured, including any additional insureds or
    b.  "Bodily injury" or "property damage" arising out of or resulting from a criminal act at the direction of any insured, including any additional insureds.

5.  **Punitive, Exemplary Treble Damages or Multipliers of Attorneys' Fees**

    Claims or demands for payment of punitive, exemplary or treble damages whether arising from the acts of any insured or by anyone else for whom or which any insured or additional insured is legally liable; including any multiplier of attorney's fees statutorily awarded to the prevailing party.

CGL 1701 0705

6.  **Mold, Fungi, Virus, Bacteria, Air Quality, Contaminants, Minerals or Other Harmful Materials**

   a.  "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or contributed to in any way by the existence, growth, spread, dispersal, release, or escape of any mold, fungi, lichen, virus, bacteria or other growing organism that has toxic, hazardous, noxious, pathogenic, irritating or allergen qualities or characteristics. This exclusion applies to all such claims or causes of action, including allegations that any insured caused or contributed to conditions that encouraged the growth, depositing or establishment of such colonies of mold, lichen, fungi, virus, bacteria or other living or dead organism or

   b.  "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or alleging to be contributed to in any way by any toxic, hazardous, noxious, irritating, pathogenic or allergen qualities or characteristics of indoor air regardless of cause or

   c.  "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or alleging to be contributed to in any way by any insured's use, sale, installation or removal of any substance, material, or other product that is either alleged or deemed to be hazardous, toxic, irritating, pathogenic or noxious in any way, or contributes in any way to an allergic reaction.

   d.  "Bodily injury", "property damage", or "personal and advertising injury" arising out of, caused by, or alleging to be contributed to in any way by toxic or hazardous properties of minerals or other substances

7.  **Work or Premises Specifically Insured Elsewhere**

   Claims, demands, requests for defense, payment, or any other cost arising out of, caused by, or occurring at premises or "your work" covered under any insurance purchased by you or others on your behalf specifically for that premises or project under a Consolidated Insurance Program (CIP), Owner Controlled Insurance Program (OCIP), Contractor Controlled Insurance Program (CCIP), Wrap-Up or similar insurance program.

8.  **Failure To Complete "Your Work"**

   "Bodily injury", or "property damage" arising out of, caused by, resulting from, or alleged to be related to any insured's failure to complete "your work".

9.  **Loss, Cost or Damages Prior To Tendered Claim**

   Any claim, loss, cost or damages that are projected, estimated, or otherwise assessed or adjudicated to be likely before such claims are actually made against the insured by the claimant, or their representatives, actually suffering the alleged "bodily injury" or "property damage".

CGL 1701 0705

B. It is agreed that the following exclusions from Section I Coverages are changed as shown below:

1. **Liquor Liability**

Exclusion c., Liquor Liability of Section I Coverages, Coverage A. 2. Exclusions, is deleted and entirely replaced with the following:

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

a. Causing or contributing to the intoxication of any person;

b. Furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

c. Violation of any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

We have neither a duty to defend nor a duty to indemnify any insured if any proximate or contributing cause of an occurrence arises out of any "bodily injury" or "property damage" above.
This exclusion applies to all insureds regardless of whether you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. There is no duty to defend any aspect of the claim or "suit" and this insurance does not apply.

2. **Infringement Of Copyright, Patent, Trademark or Trade Secret**

Exclusion i., Infringement of Copyright, Patent, Trademark or Trade Secret, of Section I Coverages, Coverage B. 2. Exclusions, is deleted and entirely replaced with the following:

i. **Infringement Of Copyright, Patent, Trademark or Trade Secret**

Claims arising out of the infringement of copyright, patent, trademark, trade name, trade dress, trade secret or other intellectual property rights.

C. It is agreed that SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS is changed as follows:

1. Item 4. Other Insurance is deleted and entirely replaced by the following:

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. This insurance is excess over any other insurance whether the other insurance is stated to be primary, pro rata, contributory, excess, contingent, umbrella, or on any other basis; unless the other insurance is issued to the named insured shown in the Declarations of this Coverage Part and is written explicitly to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

b. When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

CGL 1701 0705

c.  When this insurance is excess over other insurance, we will pay only our share of the amount of loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self insured amounts under all that other insurance.

2.  **Item 5. Premium Audit** is deleted and entirely replaced by the following:

**5. Premium Audit**

a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c.  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

d.  Any premium to be returned under b. above is subject to the minimum premium shown in the Declarations page as applicable to this Coverage Part.

3.  **Item 9. When We Do Not Renew** is deleted in its entirety and is *not replaced*.

**D.  It is agreed that the following changes are made to SECTION V – DEFINITIONS:**

The following definitions are deleted and entirely replaced:

1  Item 5. "Employee" is deleted in its entirety and replaced by the following:

5. "Employee" includes a "leased worker", a "temporary worker" and a "volunteer worker".

2  Item 9. "Insured contract" is deleted in its entirety and replaced by the following.

9. "Insured contract" means:

a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.  A sidetrack agreement;

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

CGL 1701 0705

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of.

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

(4) That indemnifies another for the sole negligence of such other person or organization.

3.  Item 13. "Occurrence" is deleted in its entirety and replaced with the following:

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions. All "bodily injury" or "property damage" arising out of an "occurrence" or series of related "occurrences" is deemed to take place at the time of the first such damage or injury even though the nature and extent of such damage or injury may change; and even though the damage may be continuous, progressive, cumulative, changing or evolving; and even though the "occurrence" causing such "bodily injury" or "property damage" may be continuous or repeated exposure to substantially the same general harmful conditions.

4.  Item 14. "Personal and advertising injury" is deleted in its entirety and replaced with the following:

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a.  False arrest, detention or imprisonment;

b.  Malicious prosecution;

c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor; or

d.  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

5.  Item 17. "Property Damage" is deleted in its entirety and replaced with the following.

17 "Property damage" means:

a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

For the purposes of this insurance, "property damage" is not physical injury to tangible property, any resultant loss of use of tangible property, nor loss of use of tangible property that is not physically injured that arises out of failure to complete or abandonment of "your work".

6.  Item 20. "Volunteer worker" is deleted in its entirety and replaced with the following:

20. "Volunteer worker" means a person who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

CGL 17 02 11 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ACTION OVER EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

It is agreed that the following change is made to Coverage A. 2. Exclusions:

Exclusion  **e. Employer's Liability** is deleted in its entirety and replaced with the following:

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the  named insured arising out of and in the course of:
  (a) Employment by the  named insured; or
  (b) Performing duties related to the conduct of the named insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the named insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CGL 1704 0206

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# EXCLUSION - ASSAULT AND BATTERY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONTRACTORS LIMITED CLAIMS MADE AND REPORTED GENERAL LIABILITY COVERAGE PART
CONTRACTORS LIMITED CLAIMS MADE GENERAL LIABILITY COVERAGE PART

1. This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of or resulting from:

    (a)  any actual, threatened or alleged assault or battery;

    (b)  the failure of any insured or anyone else for whom any insured is or could be held legally liable to prevent or suppress any assault or battery;

    (c)  the failure of any insured or anyone else for whom any insured is or could be held legally liable to render or secure medical treatment necessitated by any assault or battery;

    (d)  the rendering of medical treatment by any insured or anyone else for whom any insured is or could be held legally liable that was necessitated by any assault or battery;

    (e)  the negligent:
        (i)    employment;
        (ii)   investigation;
        (iii)  supervision;
        (iv)   training;
        (v)    retention;
        of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by **1. (a), (b), (c) or (d)** above;

    (f)  any other cause of action or claim arising out of or as a result of **1. (a), (b), (c), (d) or (e)** above.

2. We shall have no duty to defend or indemnify any claim, demand, suit, action, litigation, arbitration, alternative dispute resolution or other judicial or administrative proceeding seeking damages, equitable relief, injunctive relief, or administrative relief where:

    (a)  any actual or alleged injury arises out of any combination of an assault or battery-related cause and a non-assault or battery-related cause.

    (b)  any actual or alleged injury arises out of a chain of events which includes assault or battery, regardless of whether the assault or battery is the initial precipitating event or a substantial cause of injury.

    (c)  any actual or alleged injury arises out of assault or battery as a concurrent cause of injury, regardless of whether the assault or battery is the proximate cause of injury.

3. For the purposes of this endorsement the words assault and battery are intended to include, but are not limited to, sexual assault.

CGL 1704 0206

CGL 17 08 03 01

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SWIMMING POOL COVERAGE BUY BACK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that the **EXCLUSION - SWIMMING POOL** form CGL 1709, is deleted in its entirety and the following warranties are substituted therefor.

1. The pool is completely enclosed by fencing and equipped with a self-closing, self-locking gate and the fencing is:

   a. six (6) feet in height or greater; or

   b. the height required by local law or ordinance if such local law or ordinance requires a fence four (4) feet in height or greater.

2. The pool has available in the pool area at least one (1) life saving ring and one (1) shepherds hook long enough to enable a non-swimmer to pull a person from the center of the pool to the edge of the pool.

CGL 17 09 03 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION - SWIMMING POOL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the ownership, operation, maintenance, existence or use of a swimming pool. This exclusion applies whether such use is authorized or unauthorized.

CGL 1711 0406

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO SPECIFIED CLASSIFICATIONS, OPERATIONS, PREMISES, OR PROJECTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Classification: | Description |
|---|---|
| **Premises:** 5120 COUNTY RD 99N<br>DURNIGEN, CA 95937 | |
| **Project:** | |

The following new part is added to Section I – Coverages, Coverage A. Bodily Injury and Property Damage Liability, 1. Insuring Agreement.

1. b. (4) The "bodily injury" or "property damage" arise from:

    (a)   The classifications or operations shown above; or any operations necessary or incidental to those classifications or operations shown above;

    (b)   The ownership, maintenance or use of the premises shown above and operations necessary or incidental to those premises; or

    (c)   The projects shown above.

The following new part is added to Section I – Coverages, Coverage B. Personal And Advertising Injury Liability, 1. Insuring Agreement.

1. c.    This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense arises from:

    (1)   The classifications or operations shown above; or any operations necessary or incidental to those classifications or operations shown above;

    (2)   The ownership, maintenance or use of the premises shown above and operations necessary or incidental to those premises; or

    (3)   The projects shown above.

Part 3. of Section II - WHO IS AN INSURED - is deleted in its entirety and does not apply to this insurance.

Coverage for classifications, operations, or projects _not_ shown above can only be covered if agreed to, in writing, by us as evidenced by endorsement to this policy.

CGL 1723 0303

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - DOGS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

In consideration of the premium charged this policy has been issued subject to the following condition:

It is agreed that this insurance does not apply to "bodily injury" or "property damage" arising out of the ownership, existence, maintenance, presence, training or use of dogs for which you are legally responsible.

## NOTE TO AGENT:

**It is required by federal law that you provide this document to the insured.**

# POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002 (TRIA), as extended December 22, 2005, that we have included this TRIA Coverage and associated premium, in your policies and insurance coverage for losses arising out of acts of terrorism, *as defined in Section 102(1) of the Act.*

The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

NOTICE OF GOVERNMENT REINSURANCE PARTICIPATION:

Any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law (TRIA). Under this formula, the United States pays 90% (85% in 2007) of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage·

The portion of your annual premium that is attributable to coverage for acts of terrorism is:

| | | |
|---|---|---|
| Property | $ | N/A |
| Inland Marine | $ | N/A |
| Crime | $ Excluded | |
| General Liability | $ | 250.00 |
| Garage | $ Excluded | |
| **Total** | $ | 250.00 |

This premium is not refundable in the event that Congress does not extend TRIA coverage beyond 12-31-07.
*(Except in OH, IN, WI, WV and AZ)*

Name of Insurer: CENTURY SURETY

Policy Number: CCP473633

TRIA 0001 0107

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However,we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expences are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured, or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2003

CG 00 01 12 04  □

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(I) Any insured; or

(II) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor;or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize,or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

    (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    (b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority

### g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;or

(5) "Bodily injury" or "property damage" arising out of:

    (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

    (b) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

### h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

### i. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power,or action taken by governmental authority in hindering or defending against any of these.

### j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2003
CG 00 01 12 04

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard"

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work", or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

- For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

 © ISO Properties, Inc., 2003 CG 00 01 12 04 ☐

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

1. **Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:
   (1) Agrees in writing to:
      (a) Cooperate with us in the investigation, settlement or defense of the "suit";

      (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

      (c) Notify any other insurer whose coverage is available to the indemnitee; and

      (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

   (2) Provides us with written authorization to:
      (a) Obtain records and other information related to the "suit"; and

      (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

     © ISO Properties, Inc., 2003     CG 00 01 12 04   □

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for.

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or" volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. **Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete,

b. Those statements are based upon representations you made to us, and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in a. above;

(2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

© ISO Properties, Inc., 2003

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contractor agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or survey or for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

  (a) Snow removal;

  (b) Road maintenance, but not construction or resurfacing; or

  (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses.

  a. False arrest, detention or imprisonment;

  b. Malicious prosecution;

  c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

  f. The use of another's advertising idea in your "advertisement"; or

  g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor,- soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

  a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontract or working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  b. Does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

  a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

 © ISO Properties, Inc., 2003 CG 00 01 12 04 □

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf, and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

 © ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information

B. The following exclusion is added to Paragraph 2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

b. The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

c. Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

COMMERCIAL GENERAL LIABILITY
CG 03 00 01 96

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $   1,000 | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

1. **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

2. **PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

CG 03 00 01 96     Copyright, Insurance Services Offices, Inc., 1994

Hart Forms & Services
Reorder No 14 2180

a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury":

b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of

   (1) "Bodily injury";

   (2) "Property damage"; or

   (3) "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence"

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence", claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994

COMMERCIAL GENERAL LIABILITY
CG 21 36 03 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – NEW ENTITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **Section II – Who Is An Insured** does not apply.

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

2. The negligent:

a. Employment;

b. Investigation;

c. Supervision;

d. Reporting to the proper authorities, or failure to so report; or

e. Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph 1. above.

Copyright, Insurance Services Office, Inc., 1997

Hart Forms & Services
Reorder No. 14 GI 23

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to

    (1) A person arising out of any:

        (a) Refusal to employ that person;

        (b) Termination of that person's employment; or

        (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    (2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed

This exclusion applies.

    (1) Whether the insured may be liable as an employer or in any other capacity; and

    (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

    (1) A person arising out of any:

        (a) Refusal to employ that person;

        (b) Termination of that person's employment; or

        (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    (2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies

    (1) Whether the insured may be liable as an employer or in any other capacity; and

    (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Hart Forms & Services
Reorder No 14 G124

 Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

·THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion f. under Paragraph 2. Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability is replaced by the following:

This insurance does not apply to:

f. Pollution

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

(a) "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

(b) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(i) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(ii) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 21 77 11 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCEPTION TO TERRORISM EXCLUSION FOR CERTIFIED ACTS OF TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. With respect to any exclusion of terrorism in this Coverage Part or attached to this Coverage Part by endorsement, such exclusion does not apply to a "certified act of terrorism".

That exclusion also does not apply to an act which meets the criteria set forth in Paragraph 2. of the definition of "certified act of terrorism". when such act resulted in aggregate losses of $5 million or less.

B. With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

C. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

©ISO Properties, Inc., 2002

COMMERCIAL GENERAL LIABILITY
CG 21 87 01 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CONDITIONAL EXCLUSION OF TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. Applicability Of The Provisions Of This Endorsement

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

   b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.

© ISO Properties, Inc., 2005

3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.

B. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

C. The following exclusion is added:

EXCLUSION OF TERRORISM

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

    © ISO Properties, Inc., 2005    CG 21 87 01 07

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

© ISO Properties, Inc., 2005

COMMERCIAL GENERAL LIABILITY
CG 21 90 01 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

A. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

B. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

 © ISO Properties, Inc., 2004

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** or **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

   © ISO Properties, Inc., 2004   CG 21 90 01 06   □

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Silica Or Silica-Related Dust**

  a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

  b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

  c. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

  **2. Exclusions**

  This insurance does not apply to:

  **Silica Or Silica-Related Dust**

  a. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

  b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions Section:**

  1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

  2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

CG 22 50 11 88

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - FAILURE TO SUPPLY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" arising out of the failure of any insured to adequately supply gas, oil, water, electricity or steam.

This exclusion does not apply if the failure to supply results from the sudden and accidental injury to tangible property owned or used by any insured to procure, produce, process or transmit the gas, oil, water, electricity or steam.

Hart Forms & Services
Reorder No 14-7684