UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, et al., | No. 2:12-cv-01057-MCE-GGH |
| Plaintiffs, | **ORDER** |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

----oo0oo----

Presently before the Court is Defendant Nationwide Mutual Insurance Company's ("Nationwide") Motion for Leave to File Amended Answer (ECF No. 16) in response to which Plaintiffs filed a Statement of Non-Opposition (ECF No. 22). In light of that non-opposition, and because leave to amend should be freely given, <u>see</u> Federal Rule of Civil Procedure 15(a)(2), Nationwide's Motion is GRANTED.[1] Nationwide is directed to file its proposed Amended Answer not later than five (5) days following the date this Order is electronically filed.

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).

1

The hearing on Nationwide's Motion, currently set for December 13, 2012, is hereby vacated.

    IT IS SO ORDERED.

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE