GLEN A. VAN DYKE, ESQ., SBN: 183796
**VAN DYKE LAW GROUP**
**A Professional Corporation**
12277 Soaring Way, Suite 300
Truckee, California 96161
Telephone: (530) 587-2130
Fax        : (530) 587-2829
gvandyke@vandykelawgroup.com

DANIEL KOHLS, ESQ., SBN 167987
HANSEN, KOHLS, SOMMER & JACOB
1520 Eureka Road, Suite 100
Roseville, California 95661-2849
Telephone: (916) 781-2550
Fax        : (916) 781-5339
dkohls@hansenkohls.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, et al., | CASE NO. 2:12-CV-01057-MCE DAD |
| Plaintiffs, | STIPULATION TO AMEND THE SCHEDULING ORDER TO CONTINUE DATES FOR DESIGNATION OF EXPERTS AND PRESENTATION OF EXPERT REPORTS AND FOR DISPOSITIVE MOTIONS; PROPOSED ORDER |
| vs. | |
| CENTURY SURETY COMPANY, et al., | |
| Defendants. | |
| _____/ | |

Pursuant to Federal Rules of Civil Procedure, Rule 29(b), the parties hereby stipulate and request that the Court continue the dates for designation of experts and presentation of expert reports, and the last date for hearing dispositive motions. The current order sets the date for expert designation and presentation of expert reports by September 12, 2013, and the date for hearing all dispositive motions by January 23, 2014.  The parties request that the date for the designation of experts and presentation of expert reports be continued to October 28, 2013, and the date for hearing all dispositive motions be continued to March 4, 2014.

The request is made on the grounds that one of Plaintiffs' experts has a family emergency which has required him to leave the state for the next 15-30 days, and he will be unavailable for business matters. The request is made on the further grounds that the parties require completion

of expert reporting and depositions in order to prepare motions for summary judgment and oppositions to same. Continuance of the expert reporting deadline without a commensurate continuance of the dispositive motion hearing deadline will prejudice the parties' ability to make and oppose dispositive motions.

Dated: August 28, 2013

*Van Dyke Law Group,*
*A Professional Corporation*

By:___/S/_____
　　GLEN A. VAN DYKE,
　　Attorneys for Plaintiffs

Dated: August 30, 2013

*Hansen Kohls Sommer & Jacob*

By:___/S/_____
　　DANIEL KOHLS,
　　Attorneys for Plaintiffs

Dated: August 30, 2013

*Wools & Peer,*
*A Professional Corporation*

By:_____/S/_____
　　H. DOUGLAS GALT,
　　DAPHNE SUBAR,
　　Attorneys for Defendant
　　CENTURY SURETY COMPANY

Dated: August 30, 2013

*Hines Carder,*
*Attorneys at Law*

By:___/S/_____
　　MARC HINES
　　MICHELLE CARDER
　　MEGAN LIEBER
　　Attorneys for Defendant
　　NATIONWIDE MUTUAL INS. COMPANY

**ORDER**

The parties, having stipulated and requested that the Court continue the dates for designation of experts and presentation of expert reports, and the last date for hearing dispositive motions, due to the unavailability of Plaintiffs' expert;

The current order sets the date for expert designation and presentation of expert reports by September 12, 2013, and the date for hearing all dispositive motions by January 23, 2014.

GOOD CAUSE APPEARING, the parties' request that the date for the designation of experts and presentation of expert reports be continued to October 28, 2013, and the date for hearing all dispositive motions be continued to March 4, 2014 is granted. Accordingly, the March 20, 2014 Final Pretrial Conference and May 12, 2014 Jury Trial are vacated. An Amended Pretrial Scheduling Order will be forthcoming.

IT IS SO ORDERED.

DATED: September 10, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE