1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

12

13

14

15

16

17

18

19

| DONALD ANDERSON, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, *ET AL.*<br><br>Defendants. | CASE NO. 2:12-cv-01057-MCE-GGH<br><br>**ORDER GRANTING NATIONWIDE MUTUAL INSURANCE COMPANY LEAVE TO FILE BRIEFING IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE COURT'S MANDATED PAGE LIMITS** |
|---|---|

20

21

22

23

24

25

26

27

28

Defendant Nationwide Mutual Insurance Company's ("NMIC") Motion for Leave to File Briefing in Support of its Motion for Summary Judgment in Excess of the Court's Mandated Page Limits based upon a stipulation between NMIC and Plaintiffs was considered by the Court.  No opposition was considered by the Court as Plaintiffs agreed they would not oppose NMIC's motion.

/ / /

/ / /

/ / /

-1-

ORDER

1

**GOOD CAUSE APPEARING THEREFORE,**

2

**IT IS ORDERED** that:

3

1.      NMIC's request for leave to file briefing in support of its motion for

4

summary judgment in excess of the Court's mandated page limits is GRANTED.

5

2.      The page limit for NMIC's initial brief in support of its motion for

6

summary judgment is hereby increased to fifty (50) pages, the page limit for Plaintiffs'

7

opposition is hereby increased to fifty (50) pages, and the page limit for NMIC's reply is

8

hereby increased to forty (40) pages.

9

**IT IS SO ORDERED.**

10

Dated:  December 1, 2014

11

12

_____

13

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28