UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DONALD ANDERSON, et al., | No. 2:12-cv-01057-MCE-DAD |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

The Court is in receipt of the Proposed Order re Entry of Judgment (ECF No. 76) filed by Defendant Nationwide Mutual Insurance Company ("Nationwide"). The parties are advised that the Court will enter final judgment once Plaintiffs' claims against the remaining Defendant have been resolved. See Fed. R. Civ. P. 54(b).

IT IS SO ORDERED.

Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1