

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY,<br><br>    Defendant. | No.  2:12-cv-01057-MCE-DB<br><br><br>**VERDICT FORM** |

We, the jury, unanimously, find as follows:

    1.    Was Century's breach of the duty to defend Grant Park unreasonable?

    Yes   __X__   No   _____

If your answer to Question Number 1 is "Yes," answer Question Number 2.  If your answer to Question Number 1 is "No," skip to the end and sign, date and return this form.

1

2. Did Grant Park settle the Anderson lawsuit because Century failed to provide a defense?

Yes __X__   No _____

If your answer to Question Number 2 is "Yes," answer Question Number 3. If your answer to Question Number 2 is "No," skip to the end and sign, date and return this form.

3. Did the settlement Grant Park entered into reflect an informed and good faith effort by Grant Park to resolve the claim against it?

Yes __X__   No _____

If your answer to Question Number 3 is "Yes," answer Question Number 4. If your answer to Question Number 3 is "No," skip to the end and sign, date and return this form.

4. Was the offer made by the Anderson plaintiffs to settle with Century for $850,000.00 on November 21, 2013, reasonable?

Yes __X__   No _____

DATED: __10/24/2017__        __Elizabeth Silva Ponce__
                              JURY FOREPERSON