GLEN A. VAN DYKE, ESQ., SBN: 183796
VAN DYKE LAW GROUP
A Professional Corporation
11025 Pioneer Trail, Suite 101A
Truckee, California 96161
Telephone: (530) 587-2130
Facsimile: (530) 587-2829
gvandyke@vandykelawgroup.com

DANIEL V. KOHLS, ESQ., SBN: 167987
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
dkohls@hansenkohls.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ANDERSON, et al., | Case No. 2:12-CV-01057-MCE-GGH |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| vs. | Complaint Filed: February 27, 2012<br>Trial Date: October 16, 2017 |
| CENTURY SURETY COMPANY, et al., | |
| Defendants. | |

This case was tried before a jury beginning on October 16, 2017 in Department 7 of this court, the Honorable Morrison C. England, Jr., Chief Judge presiding.  Plaintiffs Donald Anderson, Alfred and Jo Lynne Bailey, Mary Bair, Albert and Evelyn Bent, Betty Bradley, David and Phyllis Duncan, Mammie Ebanks, Darlene Ellingson, Vern Favrat, Sandra Franco, Peter and Sandra Franzen, Paul and Patricia Gentry, Jeff and Anna Goodall, Gwen Gordon, Thomas and Michelle Graf, Patricia Harris, Edwin and Mary Heeney, Ward Hollowell, Gracian and Mary Hulsey, Larry Kratzer, James Marion, Mary Lou Morris, Peter Morris, Barbara Ramos, David and Bettye Sheets, James and Joyce Sumner and Phyllis Weber were represented by Daniel V. Kohls of Hansen, Kohls, Sommer & Jacob, LLP, and Glen A. Van Dyke of Van Dyke Law Group.

Defendant Century Surety Company was represented by H. Douglas Galt of Woolls Peer Dollinger & Scher, A Professional Corporation.

On October 24, 2017, the jury returned a unanimous verdict in favor of plaintiffs and against defendant Century Surety Company. The amount of the Judgment is calculated as follows: $3,373,843.91 (being the sum set forth in the Judgment entered September 30, 2011, in the matter of *Anderson, et al. vs. Grant Park Homes, et al.*, Superior Court of California, County of Yuba, Case Number CV 06-2070) less $405,000.00 (the offsets for prior settlements pursuant to the undisputed evidence) plus interest at the legal rate thereon from September 30, 2011, until October 30, 2017, in the sum of $1,806,521.12.

The total Judgment is therefore the sum of **$4,775,365.03** in favor of plaintiffs and against defendant Century Surety Company, plus costs if timely and properly asserted.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 31, 2017

By: _____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT