1  GLEN A. VAN DYKE, ESQ., SBN: 183796
   VAN DYKE LAW GROUP
2  A Professional Corporation
3  11025 Pioneer Trial, Suite 101A
   Truckee, CA   96161
4  Telephone: (530) 587-2130
   Facsimile: (530) 587-2829
5  gvandyke@vandykelawgroup.com
6

7  DANIEL V. KOHLS, ESQ., SBN: 167987
   HANSEN, KOHLS, SOMMER & JACOB, LLP
8  1520 Eureka Road, Suite 100
9  Roseville, California 95661
   Telephone: (916) 781-2550
10 Facsimile: (916) 781-5339
11 dkohls@hansenkohls.com

12 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD ANDERSON, et al. | **CASE NO. 2:12-cv-01057-MCE-GGH** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CENTURY SURETY COMPANY, | |
| Defendant. | Complaint Filed:  February 27, 2012<br>Trial Date:        October 16, 2017 |

This case was tried before a jury beginning on October 16, 2017 in Courtroom 7 of this court, the Honorable Morrison C. England, Jr., Judge presiding. Plaintiffs Donald Anderson, Alfred and Jo Lynne Bailey, Mary Bair, Albert and Evelyn Bent, Betty Bradley, David and Phyllis Duncan, Mammie Ebanks, Darlene Ellingson, Vern Favrat, Sandra Franco, Peter and Sandra Franzen, Paul and Patricia Gentry, Jeff and Anna Goodall, Gwen Gordon, Thomas and Michelle Graf, Patricia

Harris, Edwin and Mary Heeney, Ward Hollowell, Gracian and Mary Hulsey, Larry Kratzer, James Marion, Mary Lou Morris, Peter Morris, Barbara Ramos, David and Bettye Sheets, James and Joyce Sumner and Phyllis Weber were represented by Daniel V. Kohls of Hansen, Kohls, Sommer & Jacob, LLP, and Glen A. Van Dyke of Van Dyke Law Group.  Defendant Century Surety Company was represented by H. Douglas Galt of Woolls Peer Dollinger & Scher, A Professional Corporation.

On October 24, 2017, the jury returned a unanimous verdict in favor of plaintiffs and against defendant Century Surety Company.  The amount of the Judgment is calculated as follows: $3,373,843.91 (being the sum set forth in the Judgment entered September 30, 2011, in the matter of *Anderson, et al. vs. Grant Park Homes, et al.*, Superior Court of California, County of Yuba, Case Number CV 06-2070) less $405,000.00 (the offsets for prior settlements pursuant to the undisputed evidence) plus interest at the legal rate thereon from September 30, 2011, until October 31, 2017, in the sum of $1,806,521.12.

The total Judgment is therefore the sum of **$4,775,365.03** in favor of plaintiffs and against defendant Century Surety Company, plus costs if timely and properly asserted.

IT IS SO ORDERED AND ADJUDGED.

Dated:  October 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE