# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| DONALD ANDERSON, ALFRED BAILEY, JO LYNNE BAILEY, EVERETT BAIR, MARY BAIR, ALBERT BENT, EVELYN BENT, BETTY BRADLEY, DAVID DUNCAN, PHYLLIS DUNCAN, DENNIS EBANKS, MAMMIE EBANKS,.GERALD ELLINGSON, DARLENE ELLINGSON, VERN FAVRAT, PAULA FAVRAT, SANDRA FRANCO MARSH, PETER FRANZEN. SANDRA FRANZEN, PAUL GENTRY, PATRICIA GENTRY, JEFF GOODALL, ANNA GOODALL, GWEN GORDON, THOMAS GRAF, MICHELLE GRAF, PATRICIA HARRIS, EDWIN HEENEY, MARY HEENEY, WARD HOLLOWELL, GLORIA HOLLOWELL, GRACIAN HULSEY, MARY HULSEY, LARRY KRATZER, KRIS KRATZER, JAMES MARION, MARY ANN MARION. PETER MORRIS, MARYLOU MORRIS, BARBARA RAYMOS, DAVID SHEETS, BETTYE SHEETS, JAMES SUMNER, JOYCE SUMNER, PHYLLIS WEBER,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio Corporation, NATIONWIDE MUTUAL INSURANCE COMPANY, an Iowa Corporation,,<br><br>Defendants. | Case.: 2:12−CV−01057-MCE-DB<br><br>Assigned to Hon. Morrison C. England, Jr.<br><br>**ORDER APPROVING SUPERSEDEAS BOND**<br><br>Complaint Filed: February 27, 2012<br><br>Trial Date: October 16, 2017 |

1

1 | The Court having considered the parties' Joint Stipulation for Approval of Supersedeas Bond,

2 | IT IS ORDERED that, pursuant to Federal Rules of Civil Procedure Rule 62(d) and Federal Rules of Appellate Procedure Rule 8(a)(1), the supersedeas bond submitted by Defendant Century Surety Company as attachment A to the Joint Stipulation is approved and deemed filed. Execution of the Judgment entered by the Court on October 31, 2017, is stayed while the appeal is pending.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

561624.1